# EXHIBIT 1

## Organizational Chart

(attached)

## Out West Organizational Chart

(as of the Petition Date)




*Note: Unless otherwise specified, each entity is 100% owned by the entity directly above it.*