# EXHIBIT 2

## List of Restaurants

| Store No. | Restaurant | Street Address | City | State | ZIP |
|---|---|---|---|---|---|
| **Arizona (8)** | | | | | |
| 0310 | Tempe | 1734 East Southern Avenue | Tempe | AZ | 85282 |
| 0311 | Glendale | 5605 West Bell Road | Glendale | AZ | 85308 |
| 0313 | Phoenix | 4715 East Cactus Road | Phoenix | AZ | 85032 |
| 0314 | Mesa/Clearview | 1650 South Clearview Avenue | Mesa | AZ | 85208 |
| 0316 | Chandler | 1080 North 54th Street | Chandler | AZ | 85226 |
| 0317 | Flagstaff | 2600 East Lucky Lane | Flagstaff | AZ | 86004 |
| 0323 | Surprise | 14225 West Grand Avenue | Surprise | AZ | 85374 |
| 0328 | Gilbert | 2687 South Market Street | Gilbert | AZ | 85295 |
| **California (31)** | | | | | |
| 0521 | Roseville | 181 North Sunrise Avenue | Roseville | CA | 95661 |
| 0522 | Redding | 910 Dana Drive | Redding | CA | 96003 |
| 0523 | Dublin | 6505 Regional Street | Dublin | CA | 94568 |
| 0527 | Daly City | 371 Gellert Boulevard | Daly City | CA | 94015 |
| 0529 | Sacramento II | 1340 Howe Avenue | Sacramento | CA | 95825 |
| 0530 | Vacaville | 521 Davis Street | Vacaville | CA | 95688 |
| 0533 | Milpitas | 1246 Great Mall Drive | Milpitas | CA | 95035 |
| 0538 | Visalia | 4004 South Mooney Boulevard | Visalia | CA | 93277 |
| 0551 | El Cajon | 722 Jamacha Road | El Cajon | CA | 92019 |
| 0553 | Clairemont | 4196 Clairemont Mesa Boulevard | San Diego | CA | 92117 |
| 0554 | Upland | 530 North Mountain Avenue | Upland | CA | 91786 |
| 0555 | Poway | 14701 Pomerado Road | Poway | CA | 92064 |
| 0557 | Arcadia | 166 East Huntington Drive | Arcadia | CA | 91006 |
| 0559 | Palm Desert | 72-220 Highway 111 | Palm Desert | CA | 92260 |
| 0560 | Lakewood | 5305 Clark Avenue | Lakewood | CA | 90712 |
| 0561 | Northridge | 18711 Devonshire Street | Northridge | CA | 91324 |
| 0562 | Laguna Hills | 25322 Cabot Road | Laguna Hills | CA | 92653 |
| 0563 | San Bernardino | 620 East Hospitality Lane | San Bernardino | CA | 92408 |
| 0564 | Palmdale | 1061 West Avenue P | Palmdale | CA | 93551 |
| 0566 | Oxnard | 2341 Lockwood Street | Oxnard | CA | 93030 |
| 0571 | Norwalk | 12850 Norwalk Boulevard | Norwalk | CA | 90650 |
| 0575 | Covina | 1476 North Azusa Avenue | Covina | CA | 91723 |
| 0577 | Garden Grove | 12001 Harbor Boulevard | Garden Grove | CA | 92840 |
| 0578 | Mission Valley | 1640 Camino Del Rio North | San Diego | CA | 92108 |
| 0580 | Victorville | 12400 B Amargosa Road | Victorville | CA | 92392 |
| 0582 | South San Diego | 2980 Plaza Bonita Road | National City | CA | 91950 |

| Store No. | Restaurant | Street Address | City | State | ZIP |
|---|---|---|---|---|---|
| 0583 | Burbank | 1761 North Victory Place | Burbank | CA | 91504 |
| 0584 | Ontario | 4492 Ontario Mills Parkway | Ontario | CA | 91764 |
| 0586 | Long Beach | 20 West Shoreline Drive | Long Beach | CA | 90802 |
| 0590 | San Marcos | 177 San Marcos Boulevard | San Marcos | CA | 92069 |
| 0591 | Del Amo | 3525 West Carson Street | Torrance | CA | 90503 |
| **Colorado (8)** | | | | | |
| 0611 | Westminster | 9329 North Sheridan Boulevard | Westminster | CO | 80030 |
| 0615 | Thornton | 497 East 120th Avenue | Thornton | CO | 80233 |
| 0617 | Colorado Springs II | 2825 Geyser Drive | Colorado Springs | CO | 80906 |
| 0618 | Englewood/Centennial | 10443 East Costilla Avenue | Englewood | CO | 80112 |
| 0620 | Denver West | 14295 West Colfax Avenue | Golden | CO | 80401 |
| 0621 | Grand Junction | 2432 Highway 6 & 50 | Grand Junction | CO | 81505 |
| 0624 | Denver/Gateway | 16301 East 40th Avenue | Denver | CO | 80239 |
| 0626 | Castle Rock | 4687 Milestone Lane | Castle Rock | CO | 80104 |
| **Nevada (9)** | | | | | |
| 3212 | Las Vegas/Rainbow | 1950 North Rainbow Boulevard | Las Vegas | NV | 89108 |
| 3213 | Green Valley/Henderson | 521 North Stephanie Street | Henderson | NV | 89014 |
| 3214 | Las Vegas/Sahara | 8671 West Sahara Avenue | Las Vegas | NV | 89117 |
| 3216 | Sparks | 1805 East Lincoln Way | Sparks | NV | 89434 |
| 3217 | North Las Vegas/Craig Road | 2625 Craig Road | North Las Vegas | NV | 89032 |
| 3218 | Las Vegas Strip/Casino Royale | 3411 South Las Vegas Boulevard | Las Vegas | NV | 89109 |
| 3219 | Laughlin/Aquarius Casino | 1900 South Casino Drive | Laughlin | NV | 89029 |
| 3220 | South Las Vegas | 7380 South Las Vegas Boulevard | Las Vegas | NV | 89123 |
| 3222 | Las Vegas/Showcase Mall | 3785 Las Vegas Boulevard, Unit 4100 | Las Vegas | NV | 89109 |
| **New Mexico (5)** | | | | | |
| 5110 | Albuquerque | 4921 Jefferson Street Northeast | Albuquerque | NM | 87109 |
| 5111 | Albuquerque/Cottonwood | 10022 Coors Boulevard Northwest | Albuquerque | NM | 87114 |
| 5112 | Farmington | 4921 East Main Street | Farmington | NM | 87402 |
| 5114 | Las Cruces | 940 North Telshore Boulevard | Las Cruces | NM | 88011 |
| 5115 | Santa Fe | 4250 Cerrillos Road | Santa Fe | NM | 87507 |
| **Total Restaurants: 61** | | | | | |