**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | **Chapter 11** |
| **CERCA TROVA RESTAURANT GROUP HOLDINGS, INC.,** ***et al.,*** | ) | **Case No.: 26-11749** |
| | ) | **(Joint Administration Requested)** |
| **Debtors.** | ) | |

**NOTICE OF APPEARANCE AND REQUEST**
**FOR NOTICES AND SERVICE OF PAPERS**

PLEASE TAKE NOTICE that Catherine M. Martin, 225 West Washington Street, Indianapolis, Indiana 46204 represents Del Amo Fashion Center Operating Company, L.L.C., as landlord (Creditor) and party in interest in the above case. The undersigned hereby enters her appearance pursuant to Section 1109 (b) of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 9010 (b) and request copies of all notices and pleading's pursuant to Federal Rules of Bankruptcy Procedure 2002 (a). All such notices should be addressed as follows:

Del Amo Fashion Center Operating Company, L.L.C.
Attn: Catherine M. Martin, Esq.
225 West Washington Street
Indianapolis, Indiana 46204

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109 (b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transferred or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed with regard to the above case and proceedings therein.

Respectfully submitted

*/s/ Catherine M. Martin*

Catherine M. Martin, Esq., Attorney for
Simon Property Group, L.P. and its related entities
TN Bar No. 019472
PH: (317) 685-7263
E-mail address: cmartin@simon.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was served on November 2nd, 2026 via ECF Noticing to the persons of record.

By: __*/s/Catherine M. Martin*_________
Catherine M. Martin, Esq.