**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br>CERCA TROVA RESTAURANT GROUP HOLDINGS, INC., *et al.*<br><br>Debtors. | Chapter 11<br><br>Case No. 26-11749<br><br>(Jointly Administered) |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

**PLEASE TAKE NOTICE** that pursuant to sections 342(a) and 1109(b) of the Bankruptcy Code, 11 U.S.C. §§ 101 *et seq.*, and Federal Rules of Bankruptcy Procedure 2002, 3017, 9007, and 9010, the undersigned hereby enter their appearance in the above-captioned chapter 11 case (the "Chapter 11 Case") on behalf of Outback Steakhouse of Florida, LLC and request that copies of all notices and pleadings given or filed in the Chapter 11 Case be given and served upon the following:

Michael E. Neminski (#6723)
BAKER & HOSTETLER LLP
1201 North Market Street, Suite 1407
Wilmington, DE 19801
(302) 407-4218
mneminski@bakerlaw.com

**PLEASE TAKE FURTHER NOTICE THAT** pursuant to section 1109(b) of the Bankruptcy Code, this request includes not only the notices and papers referred to in the Bankruptcy Rules and Bankruptcy Code sections specified above, but also includes, without limitations, all orders and notices of any applications, motions, petitions, pleadings, requests, memorandums, affidavits, declarations, complaints, or demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by the Court's electronic case filing system, mail, courier service, hand delivery, telephone, facsimile transmissions, telegraph, telex,

or otherwise that affects or seeks to affect in any way the rights or interest of the debtors, any creditor, or party in interest in the Chapter 11 Case.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Request for Notice ("Notice") nor any later appearance, pleading, proof of claim, claim, or suit shall constitute a waiver of: (i) the right to have an Article III judge adjudicate in the first instance any case, proceeding, matter or controversy as to which a bankruptcy judge may not enter a final order or judgement consistent with Article III of the United States Constitution; (ii) the right to have final orders in non-core matters entered only after de novo review by a District Judge; (iii) the right to trial by jury in any proceeding triable in these cases or any case, controversy, or proceeding related to these cases; (iv) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (v) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this Notice; (vi) any election of remedy; or (vii) any other rights, claims, actions, defenses, setoffs, or recoupments, as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: November 2, 2026

BAKER & HOSTETLER LLP

*/s/ Michael E. Neminski*
Michael E. Neminski (#6723)
1201 N. Market Street, Suite 1407
Wilmington, DE 19801
(302) 407-4218
mneminski@bakerlaw.com

*Counsel for Outback Steakhouse of Florida, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 2, 2026, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

*/s/ Michael E. Neminski*
Michael E. Neminski (#6723)