**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>CERCA TROVA RESTAURANT GROUP HOLDINGS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 26-11749 (CTG)<br><br>(Joint Administration Requested)<br><br>**Ref. Dkt. Nos. 2, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19** |

**Hearing Date: November 3, 2026 at 5:00 P.M. (ET)**

**NOTICE OF HEARING[2] ON FIRST DAY MOTIONS**

**This proceeding will be conducted remotely via Zoom. Please refer to Judge Goldblatt's Chambers Procedures (https://www.deb.uscourts.gov/content/judge-craig-t-goldblatt) and the Court's website (http://www.deb.uscourts.gov/ecourtappearances) for information on the method of allowed participation (video or audio), Judge Goldblatt's expectations of remote participants, and the advance registration requirements. Registration is required by one-hour prior to the hearing unless otherwise noticed using the eCourtAppearances tool available on the Court's website.**

**After registering your appearance, you will receive a confirmation email. Zoom information will be sent out prior to the hearing.**

**PLEASE TAKE NOTICE** that on November 2, 2026 (the "Petition Date"), the above-captioned debtors and debtors in possession (collectively, the "Debtors") each filed a voluntary

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Cerca Trova Restaurant Group Holdings, Inc. (5725); Out West Restaurant Group, Inc. (0849); Cerca Trova Steakhouse, Inc. (8902); Cerca Trova Steakhouse, L.P. (2006); and Cerca Trova Southwest Restaurant Group, LLC (8835). The Debtors' mailing address is 8885 Rio San Diego Drive, Suite 360, San Diego, California 92108.

[2] Any party who wishes to attend the video conference is required to register at the following link: https://www.deb.uscourts.gov/ecourt-appearances.

petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), with the Clerk of the United States Bankruptcy Court for the District of Delaware. The Debtors are continuing to operate their businesses and manage their affairs as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE** that together with their chapter 11 petitions, the Debtors also filed the following applications and motions set forth below (collectively, the "First Day Motions"). A hearing to consider the First Day Motions (the "First Day Hearing") will be held via Zoom videoconference on **November 3, 2026, at 5:00 p.m. (ET)**, before the Honorable Craig T. Goldblatt at the United States Bankruptcy Court for the District of Delaware (the "Court"), located at 824 North Market Street, 5th Floor, Courtroom No. 5, Wilmington, Delaware 19801.

**First Day Declaration**

1. Declaration of David Goronkin in Support of Chapter 11 Petitions and First Day Relief [Docket No. 4]

**First Day Administrative and Procedural Motions**

2. Debtors' Motion for Entry of an Order Authorizing and Directing Joint Administration of Related Chapter 11 Cases for Procedural Purposes Only [Docket No. 2]

3. Debtors' Application for Entry of an Order Appointing Stretto, Inc. as the Claims and Noticing Agent [Docket No. 5]

4. Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to (A) File a Consolidated Creditor Matrix and a Consolidated List of the Thirty Largest Unsecured Creditors, (II) Authorizing the Debtors to Serve Certain Parties in Interest by E-Mail, (III) Authorizing Redaction of Certain Personally Identifiable Information, and (IV) Granting Related Relief [Docket No. 6]

**First Day Motions Pertaining to Business Operations**

5. Debtors' Motion for Entry of Interim and Final Orders (I) Approving the Debtors' Proposed Adequate Assurance of Payment for Future Utility Services, (II) Prohibiting Utility Companies From Altering, Refusing, or Discontinuing Services, (III) Approving

the Debtors' Proposed Procedures for Resolving Adequate Assurance Requests, (IV) Authorizing the Debtors to Continue Paying the Utility Consolidators, (V) Authorizing Banks to Honor and Process Related Checks and Transfers, and (VI) Granting Related Relief [Docket No. 7]

6. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Payment of Certain Prepetition Taxes and Fees, (II) Authorizing Banks and Other Financial Institutions to Receive, Process, Honor, and Pay Checks Issued and Electronic Payment Requests Made Relating to the Foregoing, and (III) Scheduling a Final Hearing [Docket No. 8]

7. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Maintain Their Insurance Policies and Pay Related Prepetition Obligations and (B) Renew, Supplement or Extend, or Purchase Insurance Coverage, and Finance Related Premiums and (II) Granting Related Relief [Docket No. 9]

8. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Payment of Certain Prepetition Employee Wages, Tips, and Other Compensation, (II) Authorizing Honoring of Certain Prepetition Employee Benefits and Confirming Right to Continue Employee Benefits on Postpetition Basis, (III) Authorizing Reimbursement for Prepetition Expenses, (IV) Authorizing Payment of Withholding and Payroll-Related Taxes (V) (B) Continue Authorizing Banks to Honor Prepetition Checks and Fund Transfers for Authorized Payments, and (VI) Scheduling a Final Hearing [Docket No. 10]

9. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System, (B) Maintain Existing Bank Accounts and Business Forms, (C) Continue Intercompany Transactions, and (D) Continue the Corporate Card Program, (II) Granting Administrative Expense Status to Postpetition Intercompany Claims, (III) Extending the Time to Comply With Section 345(b) of the Bankruptcy Code, and (IV) Granting Related Relief [Docket No. 11]

10. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Certain Prepetition Claims of Critical Vendors, Shippers, Maintenance Providers, 503(b)(9) Claimants, and PACA/PASA Claimants; (II) Authorizing Banks to Honor and Process Checks and Transfers Related to Such Obligations; and (III) Granting Related Relief [Docket No. 12]

11. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Maintenance, Administration, and Continuation of Certain Customer Programs, (II) Approving Procedures for Notice to Customer Program Participants, and (III) Granting Related Relief [Docket No.13 ]

**Motion For DIP Financing**

12. Motion for an Order (I) Authorizing the Debtors to (A) Obtain Postpetition Financing From Outback Steakhouse of Florida, LLC, (B) Use Cash Collateral, (C) Provide Adequate Protection to Prepetition Secured Creditors, and (II) Granting Related Relief [Docket No. 14]

Related Documents:

a. Declaration of Anish Gandhi in Support of the Debtors' DIP Financing and Cash Collateral Motion [Docket No. 15]

b. Declaration of Douglas J. Brickley in Support of the Debtors' DIP Financing and Cash Collateral Motion [Docket No. 16]

**Bidding Procedures Motion**

13. Debtors' Motion For Entry Of: (A) An Order (I) Scheduling A Hearing On The Approval Of The Sale Of Substantially All Of The Debtors' Assets Free And Clear Of All Encumbrances Other Than Assumed Liabilities And Permitted Encumbrances And The Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases, (II) Approving Certain Bidding Procedures And Assumption And Assignment Procedures And The Form And Manner Of Notice Thereof, (III) Authorizing The Debtors To Enter Into The Stalking Horse Agreement And Approving The Break-Up Fee And (IV) Granting Related Relief; And (B) An Order (I) Authorizing The Sale Of Substantially All Of The Debtors' Assets Free And Clear Of All Encumbrances Other Than Assumed Liabilities And Permitted Encumbrances, (II) Approving The Stalking Horse Agreement, (III) Authorizing The Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases, And (IV) Granting Related Relief [Docket No. 17]

Related Documents:

a. Declaration of Anish Gandhi in Support of the Debtors' Bidding Procedures and Sale Motion [Docket No. 18]

b. Debtors' Motion for Entry of an Order (I) Shortening Notice of, and Setting an Objection Deadline for the Bidding Procedures Relief Requested in the Debtors' Sale Motion and (II) Scheduling a Hearing Thereon [Docket No. 19]

**PLEASE TAKE FURTHER NOTICE** that copies of the First Day Motions can be obtained for a fee through the Court's website at www.deb.uscourts.gov, referencing Case No. 26-

11749 (CTG), or may be obtained for free by accessing the Debtors' restructuring website at https://cases.stretto.com/outwest/court-docket.

**PLEASE TAKE FURTHER NOTICE** that any and all objections to the First Day Motions may be made at the First Day Hearing.

Dated: November 2, 2026
Wilmington, Delaware

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Bradford J. Sandler*
Bradford J. Sandler (DE Bar No. 4142)
Peter J. Keane (DE Bar No. 5503)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: bsandler@pszjlaw.com
pkeane@pszjlaw.com

-and-

KTBS LAW LLP
Michael L. Tuchin (admitted *pro hac vice*)
Nir Maoz (admitted *pro hac vice*)
1801 Century Park East, Twenty-Sixth Floor
Los Angeles, California 90067
Telephone: (310) 407-4000
Facsimile: (310) 407-9090
Email: mtuchin@ktbslaw.com
nmaoz@ktbslaw.com

*Proposed Counsel to the Debtors and Debtors in Possession*