**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>CERCA TROVA RESTAURANT GROUP HOLDINGS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 26-11749 (CTG)<br><br>(Joint Administration Requested) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON NOVEMBER 3, 2026 AT 5:00 P.M. (ET[2])**

**This proceeding will be conducted remotely via Zoom. Please refer to Judge Goldblatt's Chambers Procedures (https://www.deb.uscourts.gov/judge-craig-t-goldblatt)and the Court's website (https://www.deb.uscourts.gov/ecourt-appearances) for information on the method of allowed participation (video or audio), Judge Goldblatt's expectations of remote participants, and the advance registration requirements. Registration is required by one-hour prior to the hearing unless otherwise noticed using the eCourtAppearances tool available on the Court's website.**

**After registering your appearance, you will receive a confirmation email. Zoom information will be sent out prior to the hearing.**

1. Voluntary Petitions:

   A. Cerca Trova Restaurant Group Holdings, Inc.,Case No. 26-11749 (CTG) [Docket No. 1]

   B. Cerca Trova Southwest Restaurant Group LLC, Case No. 26-11750 (CTG) [Docket No. 1]

   C. Cerca Trova Steakhouse, Inc., Case No. 26-11751 (CTG) [Docket No. 1]

   D. Cerca Trova Steakhouse, L.P., Case No. 26-11752 (CTG) [Docket No. 1]

   E. Out West Restaurant Group, Inc., Case No. 26-11753 (CTG) [Docket No. 1]

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Cerca Trova Restaurant Group Holdings, Inc. (5725); Out West Restaurant Group, Inc. (0849); Cerca Trova Steakhouse, Inc. (8902); Cerca Trova Steakhouse, L.P. (2006); and Cerca Trova Southwest Restaurant Group, LLC (8835). The Debtors' mailing address is 8885 Rio San Diego Drive, Suite 360, San Diego, California 92108.

[2] All motions and other pleadings referenced herein are available online at the web address: https://cases.stretto.com/outwest, the Debtors' noticing agent.

**First Day Declaration**

2. *Declaration of David Goronkin in Support of Chapter 11 Petitions and First Day Relief* [Docket No. 4]

Status: The Debtors will ask the Court to admit the declaration into evidence. To the extent the Court or any party in interest have questions regarding the declaration or the factual bases for the first-day relief the Debtors seek, the declarant will be available via Zoom videoconference.

**Administrative Motions**

3. *Debtors' Motion for Entry of an Order Authorizing and Directing Joint Administration of Related Chapter 11 Cases for Procedural Purposes Only* [Docket No. 2]

Status: This matter is going forward.

4. *Debtors' Application for Entry of an Order Appointing Stretto, Inc. as the Claims and Noticing Agent* [Docket No. 5]

Status: This matter is going forward.

5. *Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to (A) File a Consolidated Creditor Matrix and a Consolidated List of the Thirty Largest Unsecured Creditors, (II) Authorizing the Debtors to Serve Certain Parties in Interest by E-Mail, (III) Authorizing Redaction of Certain Personally Identifiable Information, and (IV) Granting Related Relief* [Docket No. 6]

Status: This matter is going forward.

**First Day Motions Pertaining to Business Operations**

6. *Debtors' Motion for Entry of Interim and Final Orders (I) Approving the Debtors' Proposed Adequate Assurance of Payment for Future Utility Services, (II) Prohibiting Utility Companies From Altering, Refusing, or Discontinuing Services, (III) Approving the Debtors' Proposed Procedures for Resolving Adequate Assurance Requests, (IV) Authorizing the Debtors to Continue Paying the Utility Consolidators, (V) Authorizing Banks to Honor and Process Related Checks and Transfers, and (VI) Granting Related Relief* [Docket No. 7]

Status: This matter is going forward with respect to an interim order.

7. *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Payment of Certain Prepetition Taxes and Fees, (II) Authorizing Banks and Other Financial Institutions to Receive, Process, Honor, and Pay Checks Issued and Electronic Payment Requests Made Relating to the Foregoing, and (III) Scheduling a Final Hearing* [Docket No. 8]

Status: This matter is going forward with respect to an interim order.

8. *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Maintain Their Insurance Policies and Pay Related Prepetition Obligations and (B) Renew, Supplement or Extend, or Purchase Insurance Coverage, and Finance Related Premiums and (II) Granting Related Relief* [Docket No. 9]

   Status: This matter is going forward with respect to an interim order.

9. *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Payment of Certain Prepetition Employee Wages, Tips, and Other Compensation, (II) Authorizing Honoring of Certain Prepetition Employee Benefits and Confirming Right to Continue Employee Benefits on Postpetition Basis, (III) Authorizing Reimbursement for Prepetition Expenses, (IV) Authorizing Payment of Withholding and Payroll-Related Taxes (V) (B) Continue Authorizing Banks to Honor Prepetition Checks and Fund Transfers for Authorized Payments, and (VI) Scheduling a Final Hearing* [Docket No. 10]

   Status: This matter is going forward with respect to an interim order.

10. *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System, (B) Maintain Existing Bank Accounts and Business Forms, (C) Continue Intercompany Transactions, and (D) Continue the Corporate Card Program, (II) Granting Administrative Expense Status to Postpetition Intercompany Claims, (III) Extending the Time to Comply With Section 345(b) of the Bankruptcy Code, and (IV) Granting Related Relief* [Docket No. 11]

    Status: This matter is going forward with respect to an interim order.

11. *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Certain Prepetition Claims of Critical Vendors, Shippers, Maintenance Providers, 503(b)(9) Claimants, and PACA/PASA Claimants; (II) Authorizing Banks to Honor and Process Checks and Transfers Related to Such Obligations; and (III) Granting Related Relief* [Docket No. 12]

    Status: This matter is going forward with respect to an interim order.

12. *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Maintenance, Administration, and Continuation of Certain Customer Programs, (II) Approving Procedures for Notice to Customer Program Participants, and (III) Granting Related Relief* [Docket No. 13]

    Status: This matter is going forward with respect to an interim order.

**DIP Financing Motion**

13. *Motion for an Order (I) Authorizing the Debtors to (A) Obtain Postpetition Financing From Outback Steakhouse of Florida, LLC, (B) Use Cash Collateral, (C) Provide Adequate Protection to Prepetition Secured Creditors, and (II) Granting Related Relief* [Docket No. 14]

Related Documents:

A. *Declaration of Anish Gandhi in Support of the Debtors' DIP Financing and Cash Collateral Motion* [Docket No. 15]

B. *Declaration of Douglas J. Brickley in Support of the Debtors' DIP Financing and Cash Collateral Motion* [Docket No. 16]

Status: This matter is going forward with respect to an interim order.

**Motion for Scheduling**

14. *Debtors' Motion for Entry of: (A) An Order (I) Scheduling A Hearing on the Approval of the Sale of Substantially All of the Debtors Assets Free and Clear of All Encumbrances Other Than Assumed Liabilities and Permitted Encumbrances and the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (II) Approving Certain Bidding Procedures and Assumption and Assignment Procedures and the Form and Manner of Notice Thereof, (III) Authorizing the Debtors to Enter Into the Stalking Horse Agreement and Approving the Break-Up Fee and (IV) Granting Related Relief; and (B) an Order (I) Authorizing the Sale of Substantially All of the Debtors Assets Free and Clear of All Encumbrances Other Than Assumed Liabilities and Permitted Encumbrances, (II) Approving the Stalking Horse Agreement, (III) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (IV) Granting Related Relief* [Docket No. 17]

Related Documents:

A. *Declaration of Anish Gandhi in Support of the Debtors' Bidding Procedures and Sale Motion* [Docket No. 18]

B. *Debtors' Motion for Entry of an Order (I) Shortening Notice of, and Setting an Objection Deadline for the Bidding Procedures Relief Requested in the Debtors' Sale Motion and (II) Scheduling a Hearing Thereon* [Docket No. 19]

Status: This matter will go forward with respect to scheduling.

Dated: November 2, 2026
Wilmington, Delaware

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Bradford J. Sandler*
Bradford J. Sandler (DE Bar No. 4142)
Peter J. Keane (DE Bar No. 5503)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: bsandler@pszjlaw.com
pkeane@pszjlaw.com

-and-

**KTBS LAW LLP**
Michael L. Tuchin (admitted *pro hac vice*)
Nir Maoz (admitted *pro hac vice*)
1801 Century Park East, Twenty-Sixth Floor
Los Angeles, California 90067
Telephone: (310) 407-4000
Facsimile: (310) 407-9090
Email: mtuchin@ktbslaw.com
nmaoz@ktbslaw.com

*Proposed Counsel to the Debtors and Debtors in Possession*