**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| Cerca Trova Restaurant Group Holdings, Inc.,[1] | Case No.: 26-11749 (CTG) |
| Debtor. | |
| In re | Chapter 11 |
| Out West Restaurant Group, Inc., | Case No.: 26-11753 (CTG) |
| Debtor. | |
| In re | Chapter 11 |
| Cerca Trova Steakhouse, Inc., | Case No.: 26-11751 (CTG) |
| Debtor. | |
| In re | Chapter 11 |
| Cerca Trova Steakhouse, L.P., | Case No.: 26-11752 (CTG) |
| Debtor. | |
| In re | Chapter 11 |
| Cerca Trova Southwest Restaurant Group, LLC, | Case No.: 26-11750 (CTG) |
| Debtor. | |

**ORDER AUTHORIZING AND DIRECTING THE JOINT ADMINISTRATION OF RELATED CHAPTER 11 CASES FOR PROCEDURAL PURPOSES ONLY**

[1] The Debtors in these chapter 11 cases, along with the last four (4) digits of each Debtor's federal tax identification number, are: Cerca Trova Restaurant Group Holdings, Inc. (5725); Out West Restaurant Group, Inc. (0849); Cerca Trova Steakhouse, Inc. (8902); Cerca Trova Steakhouse, L.P. (2006); and Cerca Trova Southwest Restaurant Group, LLC (8835). The Debtors' mailing address is 8885 Rio San Diego Drive, Suite 360, San Diego, California 92108.

Upon the motion (the "**Motion**")[2] of Cerca Trova Restaurant Group Holdings, Inc. and its affiliated debtors and debtors in possession (the "**Debtors**") in the above-captioned chapter 11 cases (the "**Cases**") for entry of an order, pursuant to section 105(a) of title 11 of the United States Code, 11 U.S.C. § 101 *et seq.* (the "**Bankruptcy Code**"), Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and Rule 1015-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**"), authorizing and directing the joint administration of the Debtors' related chapter 11 Cases for procedural purposes only; and upon consideration of the First Day Declaration and the record of these Cases; and the Court having found that the Motion is supported by the First Day Declaration as required by Local Rule 1015-1; and it appearing that the Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 1334 and 157, and the Amended Standing Order of Reference from the United States District Court for the District of Delaware dated as of February 29, 2012; and it appearing that the Motion is a core matter pursuant to 28 U.S.C. § 157(b)(2) and that the Court may enter a final order consistent with Article III of the United States Constitution; and it appearing that venue of these Cases and of the Motion is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that due and adequate notice of the Motion has been given under the circumstances, and that no other or further notice need be given; and it appearing that the relief requested in the Motion is in the best interests of the Debtors' estates and their creditors; and after due deliberation, and good and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED, as set forth herein.

---

2 Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

2. The Cases are hereby consolidated, for procedural purposes only, and shall be jointly administered by this Court. Nothing contained in this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of the Debtors' estates.

3. The caption of the jointly administered Cases shall read as follows:

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>CERCA TROVA RESTAURANT GROUP HOLDINGS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 26-11749 (CTG)<br><br>(Jointly Administered) |

[1] The Debtors in these chapter 11 cases, along with the last four (4) digits of each Debtor's federal tax identification number, are: Cerca Trova Restaurant Group Holdings, Inc. (5725); Out West Restaurant Group, Inc. (0849); Cerca Trova Steakhouse, Inc. (8902); Cerca Trova Steakhouse, L.P. (2006); and Cerca Trova Southwest Restaurant Group, LLC (8835). The Debtors' mailing address is 8885 Rio San Diego Drive, Suite 360, San Diego, California 92108.

4. The foregoing caption satisfies the requirements set forth in the first sentence of section 342(c)(1) of the Bankruptcy Code and Bankruptcy Rules 1005 and 2002(o).

5. All original court filings shall be captioned as set forth immediately above, and all original docket entries shall be made in the case of Cerca Trova Restaurant Group Holdings, Inc., Case No. 26-11749 (CTG).

6. The Clerk of the Court shall make a notation substantially similar to the following on the docket of each Debtor:

> An order has been entered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure and Rule 1015-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware directing joint administration for procedural purposes only of the chapter 11 cases of: Cerca Trova Restaurant Group Holdings, Inc., Case No.

> 26-11749 (CTG); Out West Restaurant Group, Inc., Case No. 26-11753 (CTG); Cerca Trova Steakhouse, Inc., Case No. 26-11751 (CTG); Cerca Trova Steakhouse, L.P., Case No. 26-11752 (CTG); and Cerca Trova Southwest Restaurant Group, LLC, Case No. 26-11750 (CTG). The docket in the chapter 11 case of Cerca Trova Restaurant Group Holdings, Inc., Case No. 26-11749 (CTG), should be consulted for all matters affecting this case. All further pleadings and other papers shall be filed in, and all further docket entries shall be made in, that case.

7. The Clerk of the Court shall maintain a single docket and file under the case number assigned to Cerca Trova Restaurant Group Holdings, Inc., which shall be the docket and file for all of the Cases.

8. The Debtors, with the assistance of their claims and noticing agent, may maintain one (1) consolidated service list, and notices in the Cases may be combined.

9. The Debtors are authorized to file a copy of this Order in the chapter 11 case of each Debtor other than Cerca Trova Restaurant Group Holdings, Inc.

10. This Order shall be without prejudice to the rights of the Debtors to seek entry of an order substantively consolidating the Debtors' respective estates.

11. The Debtors are authorized to take any and all actions necessary or appropriate to implement this Order.

12. The Court retains jurisdiction and power with respect to all matters arising from or related to the implementation or interpretation of this Order.

**Dated: November 4th, 2026**
**Wilmington, Delaware**

**CRAIG T. GOLDBLATT**
**UNITED STATES BANKRUPTCY JUDGE**