# EXHIBIT 1

## Budget

(attached)

**CERCA TROVA RESTAURANT GROUP HOLDINGS, INC., et al.**
Interim DIP Budget
*(shown in USD)*

| *Week Number -->* | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | |
|---|---|---|---|---|---|---|---|---|---|---|
| *Actual / Forecast -->* | *Forecast* | *Forecast* | *Forecast* | *Forecast* | *Forecast* | *Forecast* | *Forecast* | *Forecast* | *Forecast* | **Total** |
| *Week Start Date -->* | 11/2/2026 | 11/9/2026 | 11/16/2026 | 11/23/2026 | 11/30/2026 | 12/7/2026 | 12/14/2026 | 12/21/2026 | 12/28/2026 | 11/2/2026 |
| *Week Ending Date -->* | 11/6/2026 | 11/13/2026 | 11/20/2026 | 11/27/2026 | 12/4/2026 | 12/11/2026 | 12/18/2026 | 12/25/2026 | 1/1/2027 | 1/1/2027 |
| **Receipts** | | | | | | | | | | |
| Sales Receipts | 5,424,506 | 6,191,032 | 5,411,666 | 5,568,078 | 4,336,613 | 5,639,619 | 5,966,936 | 5,974,104 | 5,719,220 | 50,231,773 |
| BBI Gift Card Redemption Receipts | - | - | 871,831 | - | - | - | 723,428 | - | - | 1,595,259 |
| **Total Receipts** | **5,424,506** | **6,191,032** | **6,283,497** | **5,568,078** | **4,336,613** | **5,639,619** | **6,690,364** | **5,974,104** | **5,719,220** | **51,827,032** |
| **Operating Disbursements** | | | | | | | | | | |
| Food & Liquor/Other Costs | - | - | (1,426,122) | (1,653,031) | (1,601,858) | (1,318,114) | (1,529,921) | (1,618,767) | (1,686,169) | (10,833,982) |
| Insurance | - | - | - | (1,724,915) | - | - | - | - | - | (1,724,915) |
| Internet & Software | - | - | - | (33,300) | (4,984) | (4,984) | (4,984) | (3,987) | (3,987) | (56,227) |
| Rent | - | - | - | - | (1,139,147) | - | - | - | - | (1,139,147) |
| Payroll & Benefits | (2,930,064) | (2,182,072) | (2,674,900) | (2,719,812) | (2,260,336) | (2,001,111) | (2,636,596) | (2,205,259) | (3,033,583) | (22,643,733) |
| Sales & Use Tax | - | - | (1,157,201) | (637,201) | - | - | (1,237,109) | (317,109) | - | (3,348,619) |
| Utilities | - | (600,107) | - | - | - | (607,491) | (82,796) | (39,523) | (39,523) | (1,369,440) |
| Franchisor Fees | - | - | (1,437,391) | - | - | - | (1,227,612) | - | - | (2,665,003) |
| Payment Processing | (458,103) | - | - | (62,071) | (311,019) | (19,825) | (2,520) | (14,003) | - | (867,539) |
| Other Miscellaneous Expenses | (60,000) | (42,000) | (20,000) | (5,997) | (202,729) | (298,656) | (267,701) | (290,178) | (267,142) | (1,454,404) |
| **Total Operating Disbursements** | **(3,448,167)** | **(2,824,178)** | **(6,715,614)** | **(6,836,326)** | **(5,520,073)** | **(4,250,182)** | **(6,989,238)** | **(4,488,826)** | **(5,030,405)** | **(46,103,009)** |
| **Net Cash Flow from Operations** | **1,976,339** | **3,366,854** | **(432,118)** | **(1,268,248)** | **(1,183,460)** | **1,389,437** | **(298,874)** | **1,485,278** | **688,816** | **5,724,023** |
| **Non-Operating Disbursements** | | | | | | | | | | |
| Ordinary Course Professionals | - | - | - | - | (60,000) | - | - | - | (60,000) | (120,000) |
| Property Tax | (44,681) | (44,681) | (44,681) | - | - | (454,582) | - | - | - | (588,624) |
| Repair & Maintenance | - | - | (70,131) | - | (166,250) | (166,250) | (273,047) | (130,303) | (130,303) | (936,286) |
| Other Non-Operating Disbursements | - | - | - | (9,000) | - | - | - | - | - | (9,000) |
| **Total Non-Operating Disbursements** | **(44,681)** | **(44,681)** | **(114,812)** | **(9,000)** | **(226,250)** | **(620,832)** | **(273,047)** | **(130,303)** | **(190,303)** | **(1,653,910)** |
| **Net Cash Flow Before Restructuring** | **1,931,658** | **3,322,173** | **(546,930)** | **(1,277,248)** | **(1,409,710)** | **768,605** | **(571,922)** | **1,354,975** | **498,512** | **4,070,113** |
| **Restructuring Costs** | | | | | | | | | | |
| Ch. 11 Professional Fees | - | - | - | - | - | (60,000) | - | - | - | (60,000) |
| Ch. 11 Professional Fees - UCC | - | - | - | - | - | - | - | - | - | - |
| Pre-Petition Lenders | - | - | - | - | - | - | - | - | - | - |
| DIP Lender Professionals | - | - | - | - | - | (100,000) | - | - | - | (100,000) |
| US Trustee Fees | - | - | - | - | - | - | - | - | - | - |
| DIP Commitment Fee | (50,000) | - | - | - | - | - | - | - | - | (50,000) |
| Critical Vendor | (2,451,481) | (2,165,593) | (287,331) | (262,791) | - | - | - | - | - | (5,167,196) |
| PACA / PASA | (194,393) | (191,891) | (63,816) | (100,000) | - | - | - | - | - | (550,100) |
| Adequate Assurance - Utilities | - | (372,900) | - | - | - | - | - | - | - | (372,900) |
| **Total Restructuring Costs** | **(2,695,875)** | **(2,730,384)** | **(351,147)** | **(362,791)** | **-** | **(160,000)** | **-** | **-** | **-** | **(6,300,197)** |
| **Net Cash Flow** | **(764,217)** | **591,789** | **(898,076)** | **(1,640,039)** | **(1,409,710)** | **608,605** | **(571,922)** | **1,354,975** | **498,512** | **(2,230,083)** |
| **Liquidity Summary** | | | | | | | | | | |
| Beginning Cash Balance | 3,416,158 | 4,860,691 | 5,161,230 | 3,971,904 | 4,021,865 | 2,342,155 | 2,840,760 | 1,998,838 | 3,083,813 | 3,416,158 |
| Professional Fee Escrow - Net | (291,250) | (291,250) | (291,250) | (310,000) | (270,000) | (110,000) | (270,000) | (270,000) | (101,000) | (2,204,750) |
| DIP Advance/(Paydown) | 2,500,000 | - | - | 2,000,000 | - | - | - | - | - | 4,500,000 |
| Sale Proceeds | - | - | - | - | - | - | - | - | - | - |
| Net Cash Flow | (764,217) | 591,789 | (898,076) | (1,640,039) | (1,409,710) | 608,605 | (571,922) | 1,354,975 | 498,512 | (2,230,083) |
| **Ending Cash Balance** | **4,860,691** | **5,161,230** | **3,971,904** | **4,021,865** | **2,342,155** | **2,840,760** | **1,998,838** | **3,083,813** | **3,481,325** | **3,481,325** |
| **Reserves** | | | | | | | | | | |
| Stub Rent Reserve | (1,119,829) | | | | | | | | | (1,119,829) |
| **Ending Cash after Reserves** | **3,740,862** | **4,041,401** | **2,852,075** | **2,902,036** | **1,222,326** | **1,720,931** | **879,009** | **1,963,983** | **2,361,496** | **2,361,496** |
| DIP Loan Commitment | 5,500,000 | 5,500,000 | 5,500,000 | 5,500,000 | 5,500,000 | 5,500,000 | 5,500,000 | 5,500,000 | 5,500,000 | |
| DIP Loan Availability | 3,000,000 | 3,000,000 | 3,000,000 | 1,000,000 | 1,000,000 | 1,000,000 | 1,000,000 | 1,000,000 | 1,000,000 | |
| **Total Liquidity After Reserves + DIP** | **6,740,862** | **7,041,401** | **5,852,075** | **3,902,036** | **2,222,326** | **2,720,931** | **1,879,009** | **2,963,983** | **3,361,496** | |

**CERCA TROVA RESTAURANT GROUP HOLDINGS, INC., et al.**
Professional Fees
*(shown in USD)*

| *Week Number -->* | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | |
|---|---|---|---|---|---|---|---|---|---|---|
| *Actual / Forecast -->* | *Forecast* | *Forecast* | *Forecast* | *Forecast* | *Forecast* | *Forecast* | *Forecast* | *Forecast* | *Forecast* | |
| *Week Start Date -->* | 11/2/2026 | 11/9/2026 | 11/16/2026 | 11/23/2026 | 11/30/2026 | 12/7/2026 | 12/14/2026 | 12/21/2026 | 12/28/2026 | *Forecast* |
| *Week Ending Date -->* | 11/6/2026 | 11/13/2026 | 11/20/2026 | 11/27/2026 | 12/4/2026 | 12/11/2026 | 12/18/2026 | 12/25/2026 | 1/1/2027 | **9-week Total** |
| **Estimated Accrual of Professional Fees** | | | | | | | | | | |
| KTBS Law LLP | 125,000 | 125,000 | 125,000 | 125,000 | 100,000 | 100,000 | 100,000 | 100,000 | 40,000 | 940,000 |
| Stout Risius Ross, LLC | 100,000 | 100,000 | 100,000 | 100,000 | 75,000 | 75,000 | 75,000 | 75,000 | 20,000 | 720,000 |
| DIP Lender Legal | 25,000 | 25,000 | 25,000 | 25,000 | 12,500 | 12,500 | 12,500 | 12,500 | - | 150,000 |
| UCC Counsel | - | - | - | 18,750 | 43,750 | 43,750 | 43,750 | 43,750 | 25,000 | 218,750 |
| Pachulski Stang Ziehl & Jones LLP | 20,000 | 20,000 | 20,000 | 20,000 | 17,500 | 17,500 | 17,500 | 17,500 | 10,000 | 160,000 |
| Stretto, Inc | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 6,000 | 126,000 |
| Brookwood Associates, L.L.C. | 6,250 | 6,250 | 6,250 | 6,250 | 6,250 | 6,250 | 6,250 | 6,250 | - | 50,000 |
| **Total Estimated Accrual of Professional Fees** | **291,250** | **291,250** | **291,250** | **310,000** | **270,000** | **270,000** | **270,000** | **270,000** | **101,000** | **2,364,750** |

| **Professional Fees Reconciliation** | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Beginning Balance | - | 291,250 | 582,500 | 873,750 | 1,183,750 | 1,453,750 | 1,563,750 | 1,833,750 | 2,103,750 |
| Accrual of Professional Fees | 291,250 | 291,250 | 291,250 | 310,000 | 270,000 | 270,000 | 270,000 | 270,000 | 101,000 |
| Disbursements | - | - | - | - | - | (160,000) | - | - | - |
| **Ending Balance** | **291,250** | **582,500** | **873,750** | **1,183,750** | **1,453,750** | **1,563,750** | **1,833,750** | **2,103,750** | **2,204,750** |

**CERCA TROVA RESTAURANT GROUP HOLDINGS, INC., et al.**

Notes to Interim DIP Budget

***Notes:***

1) *This Interim DIP Budget presents a $5.5M DIP Commitment, of which up to $2.5M is available upon entry of the Interim Order. The DIP Facility bears no interest and has a $50,000 commitment fee, paid in w/e 11/6, per the Interim Order and subject to Court approval. This interim Budget projects an interim advance of $2.5 million in w/e 11/6 upon entry of the Interim Order. It also assumes the Final Order and the Bidding Procedures Order are entered by w/e 11/27, with an advance of $2.0 million drawn in w/e 11/27.*
2) *The Petition Date is November 2, 2026.*
3) *The Interim DIP Budget covers the period from the Petition Date through the week ending January 1, 2027, following the anticipated Final Hearing on or before November 24, 2026.*
4) *Beginning the 1st week of Ch. 11 filing, check disbursements will be recognized as cash outflow in the week in which they are issued. Accordingly, the beginning cash balance of approximately $3.4 million reflects the Debtors' bank balance of approximately $3.6 million as of w/e 10/30, less approximately $0.2 million of outstanding payroll checks.*
5) *Payroll & Benefits reflects bi-weekly payroll for store and corporate employees. Employee medical and corporate benefits are billed monthly in advance and paid in the first week of each fiscal period.*
6) *The Interim DIP Budget includes approximately $1.7 million in w/e 11/27 for 90-day extensions of the Debtors' property, casualty and liability policies.*
7) *November 2026 stub rent (approximately $1.1 million) is reserved for payment as a cure cost at the sale closing in connection with the lease assumptions.*
8) *Royalty and marketing fees for prepetition fiscal period P10 (9/28–10/25) of approximately $1.44 million are paid in w/e 11/20, as permitted by the Interim Order and subject to the cap on prepetition franchise fees.*
9) *The Interim Budget includes approximately $1.8 million of October 2026 sales and use taxes, paid in w/e 11/20 and w/e 11/27, per the Tax Order.*
10) *Postpetition utility charges are paid in the ordinary course. Prepetition utility payables are stayed. An adequate assurance deposit of approximately $373,000 is estimated to be funded in w/e 11/13 into a segregated account, per the Utilities Order.*
11) *Other miscellaneous expenses include disbursements for bank fees, supplies, marketing, and other de minimis and non-recurring operating expenses not otherwise categorized.*
12) *Estimated Accrual of Professional Fees will be funded weekly to an escrow account, resulting in a corresponding cash outflow. Therefore, these amounts are included in the liquidity summary for both budgeting and liquidity planning purposes. The amount presented in the liquidity summary is the net amount of estimated accrued fees and any fees paid out subject to the interim compensation procedures. Accrued professional fees excludes fees related to U.S. Trustee.*
13) *This Interim DIP Budget is based on current estimates and assumptions, which are subject to change.*