# EXHIBIT 2

## Milestones

1. Within two (2) days after the Petition Date, the Debtors shall file the Sale Motion (including the request for entry of the Bidding Procedures Order), in substantially the form attached to the Stalking Horse Agreement.

2. Within fourteen (21) days after the Petition Date (or such later date as Prepetition Agent may agree in writing), the Court shall have entered the Bidding Procedures Order, in form and substance reasonably satisfactory to the DIP Lender and Prepetition Agent and establishing a bid deadline no later than December 8, 2026 (or such later date as Prepetition Agent may agree in writing).

3. On or before the date that is twenty-one (21) days after the Petition Date, the Court shall have entered the Final Order, in form and substance reasonably satisfactory to the DIP Lender and the Prepetition Agent.

4. On or before December 11, 2026 (or such later date as Prepetition Agent may agree in writing), the Debtors shall conduct an auction (if required).

5. On or before December 15, 2026, subject to the Court's availability, a hearing to consider the Sale Order shall be held.

6. On or before December 17, 2026, a Sale Order reasonably acceptable to the Prepetition Agent and the DIP Lender shall be entered.

7. On or before January 4, 2027 (or such later date as Prepetition Agent may agree in writing), the sale of all or substantially all of the Debtors' assets pursuant to a Sale Order in form and substance reasonably acceptable to DIP Lender and Prepetition Agent, shall be consummated.