# EXHIBIT 3

## Lien Priority Annex

| Order of Priority | Prepetition Collateral | Unencumbered Assets |
|---|---|---|
| *First* | **Carve-Out and Permitted Prior Liens** | **Carve-Out and Permitted Prior Liens** |
| *Second* | **DIP Liens (solely to the extent not secured by unencumbered assets, if any)** | **DIP Liens** |
| *Third* | **Prepetition Liens; Adequate Protection Liens** | **Adequate Protection Liens** |