# <u>EXHIBIT A</u>

## Statement Under Bankruptcy Rule 2016

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>CERCA TROVA RESTAURANT GROUP HOLDINGS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 26-11749 (CTG)<br><br>(Jointly Administered) |

**STATEMENT OF KTBS LAW LLP PURSUANT TO SECTION 329 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 2016(B)**

KTBS Law LLP ("**KTBS**"), proposed counsel to the debtors and debtors in possession (the "**Debtors**") in the above-captioned chapter 11 cases (the "**Cases**"), pursuant to section 329 of title 11 of the United States Code, 11 U.S.C. § 101 *et seq.* (the "**Bankruptcy Code**"), and Rule 2016(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), states as follows:[2]

1. The Debtors have agreed to pay KTBS for the legal services that have been or will be rendered by its various professionals in connection with the Cases on the Debtors' behalf. The Debtors have also agreed to reimburse KTBS for its actual and necessary expenses incurred in connection with the Cases.

2. KTBS was initially retained by the Debtors under an engagement agreement dated June 23, 2022 (the "**Original Engagement Agreement**"), which did not extend to any

[1] The Debtors in these chapter 11 cases, along with the last four (4) digits of each Debtor's federal tax identification number, are: Cerca Trova Restaurant Group Holdings, Inc. (5725); Out West Restaurant Group, Inc. (0849); Cerca Trova Steakhouse, Inc. (8902); Cerca Trova Steakhouse, L.P. (2006); and Cerca Trova Southwest Restaurant Group, LLC (8835). The Debtors' mailing address is 8885 Rio San Diego Drive, Suite 360, San Diego, California 92108.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the *Debtors' Application for Entry of an Order Authorizing the Employment and Retention of KTBS Law LLP as Counsel for the Debtors and Debtors in Possession Effective as of the Petition Date (the "**Application**").*

bankruptcy filings. By an engagement agreement dated October 6, 2026 (the "**Engagement Agreement**"), which amends and restates the Original Engagement Agreement in its entirety, the Debtors engaged KTBS to represent them in commencing and prosecuting the Cases. Pursuant to the Engagement Agreement, KTBS received a retainer (the "**Retainer**") for professional services rendered or to be rendered and expenses incurred or to be incurred on behalf of the Debtors. KTBS periodically invoiced the Debtors for hourly fees and out-of-pocket disbursements. Certain invoices were paid directly by the Debtors, and others were satisfied by applying the Retainer with the Debtors' approval. As of the Petition Date, the Retainer had been fully applied. The payments made by the Debtors to replenish and supplement the Retainer, and the application of the Retainer to KTBS's invoices, are as follows:

| Date of Payment | Period | Form of Payment | Deposit Amount | Application of Retainer | Retainer Balance |
|---|---|---|---|---|---|
| 11/01/2025 | N/A | N/A | | | $10,114.90 |
| 12/01/2025 | N/A | N/A | | | $10,114.90 |
| 01/06/2026 | N/A | Replenishment of Retainer | $9,659.90 | | $19,774.80 |
| 02/12/2026 | 01/01/2026-01/31/2026 | Application of Retainer | | $8,584.00 | $11,190.80 |
| 02/17/2026 | N/A | Replenishment of Retainer | $19,774.80 | | $30,965.60 |
| 03/09/2026 | 02/01/2026-02/28/2026 | Application of Retainer | | $10,011.40 | $20,954.20 |
| 04/20/2026 | N/A | Replenishment of Retainer | $17,892.70 | | $38,846.90 |
| 04/23/2026 | N/A | Supplemental Retainer | $500,000.00 | | $538,846.90 |
| 05/14/2026 | 04/01/2026-04/30/2026 | Application of Retainer | | $87,269.02 | $451,577.88 |
| 05/21/2026 | May 2026 | Bank Interest | $32.16 | | $451,610.04 |
| 06/05/2026 | N/A | Replenishment of Retainer | $61,981.02 | | $513,591.06 |
| 06/15/2026 | N/A | Replenishment of Retainer | $25,288.00 | | $538,879.06 |
| 06/22/2026 | June 2026 | Bank Interest | $561.55 | | $539,440.61 |
| 07/09/2026 | 06/01/2026-06/30/2026 | Application of Retainer | | $36,157.35 | $503,283.26 |
| 07/22/2026 | July 2026 | Bank Interest | $540.34 | | $503,823.60 |

| Date of Payment | Period | Form of Payment | Deposit Amount | Application of Retainer | Retainer Balance |
|---|---|---|---|---|---|
| 08/21/2026 | August 2026 | Bank Interest | $556.18 | | $504,379.78 |
| 09/22/2026 | September 2026 | Bank Interest | $574.75 | | $504,954.53 |
| 10/06/2026 | 08/01/2026-08/31/2026 | Application of Retainer | | $67,002.00 | $437,952.53 |
| 10/15/2026 | 09/01/2026-09/30/2026 | Application of Retainer | | $65,731.20 | $372,221.33 |
| 10/19/2026 | N/A | Replenishment of Retainer | $67,002.00 | | $439,223.33 |
| 10/23/2026 | October 2026 | Bank Interest | $489.70 | | $439,713.03 |
| 10/27/2026 | N/A | Supplemental Retainer | $200,000.00 | | $639,713.03 |
| 10/27/2026 | 10/01/2026-10/15/2026 | Application of Retainer | | $224,800.00 | $414,913.03 |
| 10/30/2026 | 10/16/2026-11/01/2026 | Application of Retainer | | $414,913.03 | $0.00 |

3. The services to be rendered include all those services set forth in the Application, submitted concurrently herewith.

4. As of the Petition Date, there were no unpaid or outstanding KTBS fees or expenses with respect to services provided to the Debtors, after giving effect to the application of the Retainer and KTBS's waiver of any prepetition fees and expenses in excess of the amounts applied.

5. Within the year prior to the Petition Date, KTBS has received $1,013,476.60 in payments from the Debtors on account of services rendered or to be rendered in contemplation of or in connection with the Cases, of which $778,187.23 was received within the ninety (90) days before the Petition Date.

6. KTBS will seek approval for payment of compensation by filing the appropriate applications for allowance of interim and final compensation pursuant to sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and orders of the Court. The filing fees for the Debtors have been paid in full.

7. KTBS further states that it has neither shared nor agreed to share: (a) any compensation it has received or may receive with another party or person, other than with the partners, counsel, and associates of KTBS; or (b) any compensation that another person or party has received or may have received.

Dated: November 9, 2026

*/s/ Nir Maoz*

Michael L. Tuchin (admitted *pro hac vice)*
Nir Maoz (admitted *pro hac vice*)
Michelle Banayan (admitted *pro hac vice*)
KTBS Law LLP
1801 Century Park East, Twenty-Sixth Floor
Los Angeles, California 90067
Telephone: (310) 407-4000
Emails: mtuchin@ktbslaw.com
nmaoz@ktbslaw.com
mbanayan@ktbslaw.com

*Proposed Counsel to the Debtors and Debtors in Possession*