# **EXHIBIT C**

## **Declaration of David Goronkin**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>CERCA TROVA RESTAURANT GROUP HOLDINGS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 26-11749 (CTG)<br><br>(Jointly Administered) |

**DECLARATION OF DAVID GORONKIN IN SUPPORT OF THE DEBTORS' APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF KTBS LAW LLP AS COUNSEL FOR THE DEBTORS AND DEBTORS IN POSSESSION EFFECTIVE AS OF THE PETITION DATE**

I, David Goronkin, declare as follows:

1. I am the Chief Executive Officer of each of the debtors and debtors in possession (the "**Debtors**") in the above-captioned chapter 11 cases (the "**Cases**"). I have served in that capacity since October 2019. I am also a member of the board of directors of Debtor Cerca Trova Restaurant Group Holdings, Inc. and of certain of the other Debtors. In those capacities, I am responsible for the Debtors' day-to-day operations and I am familiar with the Debtors' business and financial affairs.

2. I submit this declaration (this "**Declaration**") in support of the *Debtors' Application for Entry of an Order Authorizing the Employment and Retention of KTBS Law LLP as Counsel for the Debtors and Debtors in Possession Effective as of the Petition Date* (the "**Application**"),[2] filed concurrently herewith.

---

[1] The Debtors in these chapter 11 cases, along with the last four (4) digits of each Debtor's federal tax identification number, are: Cerca Trova Restaurant Group Holdings, Inc. (5725); Out West Restaurant Group, Inc. (0849); Cerca Trova Steakhouse, Inc. (8902); Cerca Trova Steakhouse, L.P. (2006); and Cerca Trova Southwest Restaurant Group, LLC (8835). The Debtors' mailing address is 8885 Rio San Diego Drive, Suite 360, San Diego, California 92108.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

3. If called as a witness, I could and would competently testify to the matters set forth herein based on my personal knowledge. My testimony herein is based on my service as an officer of the Debtors currently and in the past, my review of the Debtors' books and records and other relevant documents, and my review of information compiled and communicated to me by other employees of the Debtors.

## **THE DEBTORS' SELECTION OF KTBS AS COUNSEL**

4. KTBS has represented the Debtors since June 23, 2022 in connection with their financial condition, restructuring, and contingency planning. KTBS was initially retained by the Debtors under the Original Engagement Agreement dated June 23, 2022, which did not extend to any bankruptcy filings. By the Engagement Agreement dated October 6, 2026, which amends and restates the Original Engagement Agreement in its entirety, the Debtors engaged KTBS to represent them in commencing and prosecuting the Cases. The Debtors selected KTBS as their counsel in the Cases because of KTBS's extensive experience in chapter 11 cases and its familiarity with the Debtors' business, capital structure, and franchise relationship. I believe that KTBS is well qualified to represent the Debtors in the Cases efficiently and that retaining other counsel would cause the estates unnecessary cost and delay.

## **BILLING RATE STRUCTURE**

5. KTBS has informed the Debtors that its rates for bankruptcy representations are the same as its rates for non-bankruptcy representations, and that the hourly rates charged by KTBS attorneys are based on the experience and seniority of the individuals assigned and do not vary as a function of whether the services performed relate to a bankruptcy engagement or a non-bankruptcy engagement.

6. KTBS also has informed the Debtors that it endeavors to set hourly rates for its professionals at levels competitive to those charged by comparably skilled professionals in other law firms. Having previously reviewed retention applications and fee statements from other law firms of KTBS's caliber and reputation, I believe that the rates being charged by KTBS in connection with this representation are within the range typically charged by similar firms.

7. KTBS has informed the Debtors that the Firm's standard hourly rates are subject to annual step increases in the ordinary course of the Firm's business, typically in January of each year, due to advancing seniority and promotion. The Debtors were notified of this practice at the outset of KTBS's engagement and will be notified upon implementation of each step increase. KTBS has informed the Debtors that these step increases do not constitute "rate increases" as that term is used in the U.S. Trustee Guidelines.

## COST SUPERVISION

8. The Debtors recognize that it is their responsibility to closely monitor the billing practices of their counsel to ensure the fees and expenses paid by their estates remain consistent with the Debtors' expectations and the exigencies of the Cases. As they did prepetition, the Debtors will continue to bring discipline, client involvement, and accountability to the counsel fees and expense reimbursement process. KTBS's fees and expenses will be subject to review, comment, objection (if warranted), and court approval pursuant to the interim compensation procedures proposed in the Interim Compensation Motion, which provide for the interim allowance and payment of fees and expenses during the course of the Cases. KTBS's fees and expenses will be subject to periodic review on a monthly, interim, and final basis during the course of the Cases by the U.S. Trustee, any official committee, and the Court, as well as by the Debtors. The Debtors, KTBS, and PSZ&J expect to develop a prospective budget and staffing

plan to comply with the U.S. Trustee's requests for information and additional disclosures, recognizing that in the course of these large chapter 11 cases there may be unforeseeable fees and expenses that will need to be addressed by the Debtors, KTBS, and PSZ&J.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed 9th day of November 2026 at San Diego, California.

*/s/ David Goronkin*
David Goronkin
Chief Executive Officer