**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>CERCA TROVA RESTAURANT GROUP HOLDINGS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 26-11749 (CTG)<br><br>(Jointly Administered) |

**DEBTORS' WITNESS AND EXHIBIT LIST FOR**
**HEARING SCHEDULED FOR NOVEMBER 23, 2026 AT 2:00 P.M. (ET)**

The above-captioned debtors and debtors in possession (the "**Debtors**") hereby submit this Witness and Exhibit List in connection with the hearing scheduled for **November 23, 2026 at 2:00 p.m. (prevailing Eastern Time)** before The Honorable Craig T. Goldblatt at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 5, Wilmington, Delaware 19801 (the "**Hearing**"), at which time "first day" and "second day" motions are scheduled to be heard.

## WITNESSES

The Debtors designate the following persons as witnesses in connection with the Hearing:

(1) David Goronkin, Chief Executive Officer of each Debtor – Mr. Goronkin has submitted a declaration in support of the first day motions. The Debtors may call Mr. Goronkin to provide additional testimony regarding the same. Mr. Goronkin will be available for cross-examination if necessary.

(2) Joshua Caldwell, of Stout Risius Ross, LLC, the Debtors' financial advisors. The Debtors may call Mr. Caldwell to provide testimony in support of the Debtors' postpetition financing and cash collateral motion. Mr. Caldwell will be available for cross-examination if necessary.

[1] The Debtors in these chapter 11 cases, along with the last four (4) digits of each Debtor's federal tax identification number, are: Cerca Trova Restaurant Group Holdings, Inc. (5725); Out West Restaurant Group, Inc. (0849); Cerca Trova Steakhouse, Inc. (8902); Cerca Trova Steakhouse, L.P. (2006); and Cerca Trova Southwest Restaurant Group, LLC (8835). The Debtors' mailing address is 8885 Rio San Diego Drive, Suite 360, San Diego, California 92108.

(3) Anish Gandhi, of Brookwood Associates, the Debtors' investment bankers – Mr. Gandhi has submitted declarations in support of the Debtors' (i) postpetition financing and cash collateral motion, and (ii) bid procedures motion. The Debtors may call Mr. Gandhi to provide additional testimony regarding the same. Mr. Gandhi will be available for cross-examination if necessary.

As of the time of filing of this Witness and Exhibit List, no other party has identified witnesses in connection with the matters to be heard at the Hearing. To the extent that any party designates witnesses, the Debtors reserve the right to cross-designate all witnesses so designated and reserve the right to call any necessary rebuttal or impeachment witnesses.

## EXHIBITS

The Debtors designate the following exhibits that may be used at the Hearing:

| Exhibit No. | Document Description | Docket No. |
|---|---|---|
| 1. | Declaration of David Goronkin in Support of Chapter 11 Petitions and First Day Relief | 4 |
| 2. | Declaration of Anish Gandhi in Support of the Debtors' DIP Financing and Cash Collateral Motion | 15 |
| 3. | Declaration of Douglas J. Brickley in Support of the Debtors' DIP Financing and Cash Collateral Motion | 16 |
| 4. | Stalking Horse Agreement, as may be amended | 17, Ex. B |
| 5. | Declaration of Anish Gandhi in Support of the Debtors' Bidding Procedures and Sale Motion | 18 |
| 6. | Interim DIP Order, including the approved budget attached thereto | 51 |
| 7. | Notice of Filing of Revised DIP Budget | To be filed |
| 8. | Any exhibit necessary to establish the authenticity or admissibility of documents | |
| 9. | Any exhibit listed or introduced by any other party | |

| Exhibit No. | Document Description | Docket No. |
|---|---|---|
| 10. | Any documents filed in the above-captioned bankruptcy cases | |
| 11. | Rebuttal and impeachment exhibits as necessary | |

The Debtors reserve the right to object to the entry into evidence of any exhibit. The Debtors also reserve the right to amend, shorten, or supplement this Witness and Exhibit List prior to or during the Hearing. The Debtors further reserve the right to supplement this Witness and Exhibit List in response to any objection, statement or other pleading filed in connection with the matters to be heard at the Hearing, including any filed by the official committee of unsecured creditors appointed in these cases.

*[Remainder of page intentionally left blank]*

Dated: November 21, 2026
Wilmington, Delaware

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Peter J. Keane*
Bradford J. Sandler (DE Bar No. 4142)
Peter J. Keane (DE Bar No. 5503)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: bsandler@pszjlaw.com
pkeane@pszjlaw.com

-and-

**KTBS LAW LLP**
Michael L. Tuchin (admitted pro hac vice)
Nir Maoz (admitted pro hac vice)
1801 Century Park East, Twenty-Sixth Floor
Los Angeles, California 90067
Telephone: (310) 407-4000
Facsimile: (310) 407-9090
Email: mtuchin@ktbslaw.com
nmaoz@ktbslaw.com

*Proposed Counsel to the Debtors and Debtors in Possession*