**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>CERCA TROVA RESTAURANT GROUP HOLDINGS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 26-11749 (CTG)<br><br>(Jointly Administered)<br><br>**Ref. Dkt. No. 20** |

**CERTIFICATION OF COUNSEL REGARDING ORDER (I) AUTHORIZING THE REJECTION OF CERTAIN UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY EFFECTIVE AS OF THE PETITION DATE, (II) AUTHORIZING THE ABANDONMENT OF ANY REMAINING PERSONAL PROPERTY LOCATED AT THE CLOSED RESTAURANTS, AND (III) GRANTING RELATED RELIEF**

The undersigned proposed counsel for the above-captioned debtors and debtors in possession (the "Debtors") hereby certifies that:

1. On November 2, 2026, the Debtors filed the *Debtors' First Omnibus Motion For Entry Of An Order (I) Authorizing The Rejection Of Certain Unexpired Leases Of Nonresidential Real Property Effective As Of The Petition Date, (II) Authorizing The Abandonment Of Any Remaining Personal Property Located At The Closed Restaurants, And (III) Granting Related Relief* [Docket No. 20] (the "Motion").

2. Pursuant to the notice of the Motion [Docket No. 63], objections to entry of an order granting the Motion were due no later than November 16, 2026 at 4:00 p.m. (ET) (the "Objection Deadline"). The Debtors extended the Objection Deadline for the United States

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Cerca Trova Restaurant Group Holdings, Inc. (5725); Out West Restaurant Group, Inc. (0849); Cerca Trova Steakhouse, Inc. (8902); Cerca Trova Steakhouse, L.P. (2006); and Cerca Trova Southwest Restaurant Group, LLC (8835). The Debtors' mailing address is 8885 Rio San Diego Drive, Suite 360, San Diego, California 92108.

Trustee (the "U.S. Trustee") and the Official Committee of Unsecured Creditors (the "Committee").

3. The Debtors received informal comments to the Motion from the Committee. No party filed an answer, objection, or other responsive pleading to the Motion on the Court's docket.

4. Attached hereto as **Exhibit A** is a revised proposed form of order approving the Motion (the "Revised Proposed Order") that incorporates the Committee's comments. The Revised Proposed Order also updates Exhibit 1 to the order to describe the personal property remaining at each Closed Restaurant.

5. A blacklined copy of the Revised Proposed Order is attached hereto as **Exhibit B**, showing changes from the form of order filed with the Motion.

6. The Committee has no objection to entry of the Revised Proposed Order.

7. Accordingly, the Debtors request that the Revised Proposed Order attached hereto as **Exhibit A** be entered at the Court's earliest convenience.

*[Remainder of page intentionally left blank]*

Dated: November 22, 2026
Wilmington, Delaware

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Peter J. Keane*
Bradford J. Sandler (DE Bar No. 4142)
Peter J. Keane (DE Bar No. 5503)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: bsandler@pszjlaw.com
pkeane@pszjlaw.com

-and-

**KTBS LAW LLP**
Michael L. Tuchin (admitted pro hac vice)
Nir Maoz (admitted pro hac vice)
1801 Century Park East, Twenty-Sixth Floor
Los Angeles, California 90067
Telephone: (310) 407-4000
Facsimile: (310) 407-9090
Email: mtuchin@ktbslaw.com
nmaoz@ktbslaw.com

*Proposed Counsel to the Debtors and Debtors in Possession*