**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>CERCA TROVA RESTAURANT GROUP HOLDINGS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 26-11749 (CTG)<br><br>(Jointly Administered)<br><br>**Ref. Docket Nos. 117, 122** |

**NOTICE OF *SECOND AMENDED*[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON NOVEMBER 23, 2026 AT 2:00 P.M. (ET)[3]**

**This proceeding will be conducted in-person. All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom. Please refer to Judge Goldblatt's Chambers Procedures (https://www.deb.uscourts.gov/judge-craig-t-goldblatt) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Goldblatt's expectations of remote participants, and the advance registration requirements.**

**Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing unless otherwise noticed using the eCourtAppearances tool available on the Court's website.**

## MATTERS GOING FORWARD

1. *Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to (A) File a Consolidated Creditor Matrix and a Consolidated List of the Thirty Largest Unsecured Creditors, (II) Authorizing the Debtors to Serve Certain Parties in Interest by E-Mail, (III) Authorizing Redaction of Certain Personally Identifiable Information, and (IV) Granting Related Relief* [Docket No. 6]

   Response Deadline: November 16, 2026 at 4:00 p.m. (ET) (extended to November 19, 2026 at 4:00 p.m. for U.S. Trustee and the Committee)

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Cerca Trova Restaurant Group Holdings, Inc. (5725); Out West Restaurant Group, Inc. (0849); Cerca Trova Steakhouse, Inc. (8902); Cerca Trova Steakhouse, L.P. (2006); and Cerca Trova Southwest Restaurant Group, LLC (8835). The Debtors' mailing address is 8885 Rio San Diego Drive, Suite 360, San Diego, California 92108.

[2] **For ease of reference, amended items appear in bold font.**

[3] All motions and other pleadings referenced herein are available online at the Debtors' noticing agent's website: https://cases.stretto.com/outwest.

Related Documents:

(a) Interim Order (I) Authorizing the Debtors to (A) File a Consolidated Creditor Matrix and a Consolidated List of the Thirty Largest Unsecured Creditors, (II) Authorizing the Debtors to Serve Certain Parties in Interest by E-Mail, (III) Authorizing Redaction of Certain Personally Identifiable Information, and (IV) Granting Related Relief [Docket No. 54]

(b) Notice of Entry of Interim Order and Final Hearing Regarding Debtors Motion for Entry of an Order (I) Authorizing the Debtors to File a Consolidated Creditor Matrix and a Consolidated List of the Thirty Largest Unsecured Creditors, (II) Authorizing the Debtors to Serve Certain Parties in Interest by E-Mail, (III) Authorizing Redaction of Certain Personally Identifiable Information, and (IV) Granting Related Relief [Docket No. 66]

Responses Received:

(a) United States Trustee's Objection to Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to (A) File a Consolidated Creditor Matrix and a Consolidated List of the Thirty Largest Unsecured Creditors, (II) Authorizing the Debtors to Serve Certain Parties in Interest by E-Mail, (III) Authorizing Redaction of Certain Personally Identifiable Information, and (IV) Granting Related Relief [Docket No. 121]

(b) Informal comments from Committee

Status: **The Debtors are working with the U.S. Trustee to resolve the Objection and anticipate submitting a revised form of order at or before the hearing. To the extent not resolved, this matter is going forward.**

2. *Debtors' Motion for Entry of Interim and Final Orders (I) Approving the Debtors' Proposed Adequate Assurance of Payment for Future Utility Services, (II) Prohibiting Utility Companies From Altering, Refusing, or Discontinuing Services, (III) Approving the Debtors' Proposed Procedures for Resolving Adequate Assurance Requests, (IV) Authorizing the Debtors to Continue Paying the Utility Consolidators, (V) Authorizing Banks to Honor and Process Related Checks and Transfers, and (VI) Granting Related Relief* [Docket No. 7]

Response Deadline: November 16, 2026 at 4:00 p.m. (ET) (extended to November 18, 2026 at 4:00 p.m. for U.S. Trustee) (extended to November 19, 2026 at 4:00 p.m. for the Committee)

Related Documents:

(a) Interim Order (I) Approving the Debtors' Proposed Adequate Assurance of Payment for Future Utility Services, (II) Prohibiting Utility Companies From Altering, Refusing, or Discontinuing Services, (III) Approving the Debtors' Proposed Procedures for Resolving Adequate Assurance Requests, (IV) Authorizing the Debtors to Continue Paying the Utility Consolidators, (V) Authorizing Banks to Honor and Process Related Checks and Transfers, and (VI) Granting Related Relief [Docket No. 53]

(b) Notice of Entry of Interim Order and Final Hearing Regarding Debtors Motion for Entry of Interim and Final Orders (I) Approving the Debtors Proposed Adequate Assurance of Payment for Future Utility Services, (II) Prohibiting Utility Companies From Altering, Refusing, or Discontinuing Services, (III) Approving the Debtors Proposed Procedures for Resolving Adequate Assurance Requests, (IV) Authorizing the Debtors to Continue Paying the Utility Consolidator, (V) Authorizing Banks to Honor and Process Related Checks and Transfers, and (VI) Granting Related Relief [Docket No. 67]

**(c) Certification of Counsel Regarding Final Order (I) Approving the Debtors' Proposed Adequate Assurance of Payment for Future Utility Services, (II) Prohibiting Utility Companies From Altering, Refusing, or Discontinuing Services, (III) Approving the Debtors' Proposed Procedures for Resolving Adequate Assurance Requests, (IV) Authorizing the Debtors to Continue Paying the Utility Consolidators, (V) Authorizing Banks to Honor and Process Related Checks and Transfers, and (VI) Granting Related Relief [Docket No. 129]**

**(d) Final Order (I) Approving the Debtors' Proposed Adequate Assurance of Payment for Future Utility Services, (II) Prohibiting Utility Companies From Altering, Refusing, or Discontinuing Services, (III) Approving the Debtors' Proposed Procedures for Resolving Adequate Assurance Requests, (IV) Authorizing the Debtors to Continue Paying the Utility Consolidators, (V) Authorizing Banks to Honor and Process Related Checks and Transfers, and (VI) Granting Related Relief [Docket No. 142]**

Responses Received: Informal comments from Committee

Status: **The order has been entered. No hearing is necessary.**

3. *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Payment of Certain Prepetition Taxes and Fees, (II) Authorizing Banks and Other Financial Institutions to Receive, Process, Honor, and Pay Checks Issued and Electronic Payment Requests Made Relating to the Foregoing, and (III) Scheduling a Final Hearing* [Docket No. 8]

Response Deadline: November 16, 2026 at 4:00 p.m. (ET) (extended to November 18, 2026 at 4:00 p.m. for U.S. Trustee) (extended to November 19, 2026 at 4:00 p.m. for the Committee)

Related Documents:

(a) Interim Order (I) Authorizing the Payment of Certain Prepetition Taxes and Fees, (II) Authorizing Banks and Other Financial Institutions to Receive, Process, Honor, and Pay Checks Issued and Electronic Payment Requests Made Relating to the Foregoing, and (III) Scheduling a Final Hearing [Docket No. 59]

(b) Notice of Entry of Interim Order and Final Hearing Regarding Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Payment of Certain Prepetition Taxes and Fees, (II) Authorizing Banks and Other Financial Institutions to Receive, Process, Honor, and Pay Checks Issued and Electronic Payment Requests Made Relating to the Foregoing, and (III) Scheduling a Final Hearing [Docket No. 74]

**(c) Certificate of No Objection Regarding Final Order (I) Authorizing the Payment of Certain Prepetition Taxes and Fees, (II) Authorizing Banks and Other Financial**

**Institutions to Receive, Process, Honor, and Pay Checks Issued and Electronic Payment Requests Made Relating to the Foregoing, and (III) Scheduling a Final Hearing [Docket No. 128]**

**(d) Final Order (I) Authorizing the Payment of Certain Prepetition Taxes and Fees, (II) Authorizing Banks and Other Financial Institutions to Receive, Process, Honor, and Pay Checks Issued and Electronic Payment Requests Made Relating to the Foregoing, and (III) Scheduling a Final Hearing [Docket No. 141]**

Responses Received: Informal comments from Committee

Status: **The order has been entered. No hearing is necessary.**

4. *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Maintain Their Insurance Policies and Pay Related Prepetition Obligations and (B) Renew, Supplement or Extend, or Purchase Insurance Coverage, and Finance Related Premiums and (II) Granting Related Relief* [Docket No. 9]

Response Deadline: November 16, 2026 at 4:00 p.m. (ET) (extended to November 18, 2026 at 4:00 p.m. for U.S. Trustee) (extended to November 19, 2026 at 4:00 p.m. for the Committee)

Related Documents:

(a) Interim Order (I) Authorizing the Debtors to (A) Maintain Their Insurance Policies and Pay Related Prepetition Obligations and (B) Renew, Supplement or Extend, or Purchase Insurance Coverage, and Finance Related Premiums and (II) Granting Related Relief [Docket No. 55]

(b) Notice of Entry of Interim Order and Final Hearing Regarding Debtors Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Maintain Their Insurance Policies and Pay Related Prepetition Obligations and (B) Renew, Supplement, Extend, or Purchase Insurance Coverage, and Finance Related Premiums and (II) Granting Related Relief [Docket No. 68]

**(c) Certification of Counsel Regarding Final Order (I) Authorizing the Debtors to (A) Maintain Their Insurance Policies and Pay Related Prepetition Obligations and (B) Renew, Supplement or Extend, or Purchase Insurance Coverage, and Finance Related Premiums and (II) Granting Related Relief [Docket No. 127]**

**(d) Final Order (I) Authorizing the Debtors to (A) Maintain Their Insurance Policies and Pay Related Prepetition Obligations and (B) Renew, Supplement or Extend, or Purchase Insurance Coverage, and Finance Related Premiums and (II) Granting Related Relief [Docket No. 140]**

Responses Received: Informal comments from Committee.

Status: **The order has been entered. No hearing is necessary.**

5. *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Payment of Certain Prepetition Employee Wages, Tips, and Other Compensation, (II) Authorizing Honoring of Certain Prepetition Employee Benefits and Confirming Right to Continue Employee Benefits on Postpetition Basis, (III) Authorizing Reimbursement for Prepetition Expenses, (IV) Authorizing Payment of Withholding and Payroll-Related Taxes (V) (B) Continue Authorizing Banks to Honor Prepetition Checks and Fund Transfers for Authorized Payments, and (VI) Scheduling a Final Hearing* [Docket No. 10]

Response Deadline: November 16, 2026 at 4:00 p.m. (ET) (extended to November 18, 2026 at 4:00 p.m. for U.S. Trustee (extended to November 19, 2026 at 4:00 p.m. for the Committee)

Related Documents:

(a) Interim Order (I) Authorizing Payment of Certain Prepetition Employee Wages, Tips, and Other Compensation, (II) Authorizing Honoring of Certain Prepetition Employee Benefits and Confirming Right to Continue Employee Benefits on Postpetition Basis, (III) Authorizing Reimbursement for Prepetition Expenses, (IV) Authorizing Payment of Withholding and Payroll-Related Taxes (V) (B) Continue Authorizing Banks to Honor Prepetition Checks and Fund Transfers for Authorized Payments, and (VI) Scheduling a Final Hearing [Docket No. 60]

(b) Notice of Entry of Interim Order and Final Hearing Regarding Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Payment of Certain Prepetition Employee Wages, Tips, and Other Compensation, (II) Authorizing Honoring of Certain Prepetition Employee Benefits and Confirming Right to Continue Employee Benefits on Postpetition Basis, (III) Authorizing Reimbursement for Prepetition Expenses, (IV) Authorizing Payment of Withholding and Payroll- Related Taxes, (V) Authorizing Banks to Honor Prepetition Checks and Fund Transfers for Authorized Payments, and (VI) Scheduling Final Hearing [Docket No. 72]

**(c) Certificate of No Objection Regarding Final Order (I) Authorizing Payment of Certain Prepetition Employee Wages, Tips, and Other Compensation, (II) Authorizing Honoring of Certain Prepetition Employee Benefits and Confirming Right to Continue Employee Benefits on Postpetition Basis, (III) Authorizing Reimbursement for Prepetition Expenses, (IV) Authorizing Payment of Withholding and Payroll-Related Taxes, and (V) Authorizing Banks to Honor Prepetition Checks and Fund Transfers for Authorizing Payments [Docket No. 136]**

**(d) Final Order (I) Authorizing Payment of Certain Prepetition Employee Wages, Tips, and Other Compensation, (II) Authorizing Honoring of Certain Prepetition Employee Benefits and Confirming Right to Continue Employee Benefits on Postpetition Basis, (III) Authorizing Reimbursement for Prepetition Expenses, (IV) Authorizing Payment of Withholding and Payroll-Related Taxes, and (V) Authorizing Banks to Honor Prepetition Checks and Fund Transfers for Authorizing Payments [Docket No. 147]**

Responses Received: None to date.

Status: **The order has been entered. No hearing is necessary.**

6. *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System, (B) Maintain Existing Bank Accounts and Business Forms, (C) Continue Intercompany Transactions, and (D) Continue the Corporate Card Program, (II) Granting Administrative Expense Status to Postpetition Intercompany Claims, (III) Extending the Time to Comply With Section 345(b) of the Bankruptcy Code, and (IV) Granting Related Relief* [Docket No. 11]

Response Deadline: November 16, 2026 at 4:00 p.m. (ET) (extended to November 18, 2026 at 4:00 p.m. for U.S. Trustee) (extended to November 19, 2026 at 4:00 p.m. for the Committee)

Related Documents:

(a) Interim Order (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System, (B) Maintain Existing Bank Accounts and Business Forms, (C) Continue Intercompany Transactions, and (D) Continue the Corporate Card Program, (II) Granting Administrative Expense Status to Postpetition Intercompany Claims, (III) Extending the Time to Comply With Section 345(b) of the Bankruptcy Code, and (IV) Granting Related Relief [Docket No. 56]

(b) Notice of Entry of Interim Order and Final Hearing Regarding Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System, (B) Maintain Existing Bank Accounts and Business Forms, (C) Continue Intercompany Transactions, and (D) Continue the Corporate Card Program, (II) Granting Administrative Expense Status to Postpetition Intercompany Claims, (III) Extending the Time to Comply With Section 345(b) of the Bankruptcy Code, and (IV) Granting Related Relief [Docket No. 69]

**(c) Certification of Counsel Regarding Final Order (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System, (B) Maintain Existing Bank Accounts and Business Forms, (C) Continue Intercompany Transactions, and (D) Continue the Corporate Card Program, (II) Granting Administrative Expense Status to Postpetition Intercompany Claims, (III) Extending the Time to Comply With Section 345(b) of the Bankruptcy Code, and (IV) Granting Related Relief [Docket No. 126]**

**(d) Final Order (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System, (B) Maintain Existing Bank Accounts and Business Forms, (C) Continue Intercompany Transactions, and (D) Continue the Corporate Card Program, (II) Granting Administrative Expense Status to Postpetition Intercompany Claims, (III) Extending the Time to Comply With Section 345(b) of the Bankruptcy Code, and (IV) Granting Related Relief [Docket No. 139]**

Responses Received: Informal comments from Committee.

Status: **The order has been entered. No hearing is necessary.**

7. *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Certain Prepetition Claims of Critical Vendors, Shippers, Maintenance Providers, 503(b)(9) Claimants, and PACA/PASA Claimants; (II) Authorizing Banks to Honor and Process Checks and Transfers Related to Such Obligations; and (III) Granting Related Relief* [Docket No. 12]

Response Deadline: November 16, 2026 at 4:00 p.m. (ET) (extended to November 18, 2026 at 4:00 p.m. for U.S. Trustee) (extended to November 19, 2026 at 4:00 p.m. for the Committee)

Related Documents:

(a) Interim Order (I) Authorizing the Debtors to Pay Certain Prepetition Claims of Critical Vendors, Shippers, Maintenance Providers, 503(b)(9) Claimants, and PACA/PASA Claimants; (II) Authorizing Banks to Honor and Process Checks and Transfers Related to Such Obligations; and (III) Granting Related Relief [Docket No. 61]

(b) Notice of Entry of Interim Order and Final Hearing Regarding Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Certain Prepetition Claims of Critical Vendors, Shippers, Maintenance Providers, 503(b)(9) Claimants, and PACA/PASA Claimants; (II) Authorizing Banks to Honor and Process Checks and Transfers Related to Such Obligations; and (III) Granting Related Relief [Docket No. 73]

**(c) Certification of Counsel Regarding Final Order (I) Authorizing the Debtors to Pay Certain Prepetition Claims of Critical Vendors, Shippers, Maintenance Providers, 503(b)(9) Claimants, and PACA/PASA Claimants; (II) Authorizing Banks to Honor and Process Checks and Transfers Related to Such Obligations; and (III) Granting Related Relief [Docket No. 133]**

**(d) Final Order (I) Authorizing the Debtors to Pay Certain Prepetition Claims of Critical Vendors, Shippers, Maintenance Providers, 503(b)(9) Claimants, and PACA/PASA Claimants; (II) Authorizing Banks to Honor and Process Checks and Transfers Related to Such Obligations; and (III) Granting Related Relief [Docket No. 144]**

Responses Received: Informal comments from Committee

Status: **The order has been entered. No hearing is necessary.**

8. *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Maintenance, Administration, and Continuation of Certain Customer Programs, (II) Approving Procedures for Notice to Customer Program Participants, and (III) Granting Related Relief* [Docket No. 13]

Response Deadline: November 16, 2026 at 4:00 p.m. (ET) (extended to November 18, 2026 at 4:00 p.m. for U.S. Trustee) (extended to November 19, 2026 at 4:00 p.m. for the Committee)

Related Documents:

(a) Interim Order (I) Authorizing Maintenance, Administration, and Continuation of Certain Customer Programs, (II) Approving Procedures for Notice to Customer Program Participants, and (III) Granting Related Relief [Docket No. 57]

(b) Notice of Entry of Interim Order and Final Hearing Regarding Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Maintenance, Administration, and Continuation of Certain Customer Programs, (II) Approving Procedures for Notice to Customer Program Participants, and (III) Granting Related Relief [Docket No. 70]

**(c) Certification of Counsel Regarding Final Order (I) Authorizing Maintenance, Administration, and Continuation of Certain Customer Programs, (II) Approving Procedures for Notice to Customer Program Participants, and (III) Granting Related Relief [Docket No. 125]**

**(d) Final Order (I) Authorizing Maintenance, Administration, and Continuation of Certain Customer Programs, (II) Approving Procedures for Notice to Customer Program Participants, and (III) Granting Related Relief [Docket No. 138]**

Responses Received: Informal comments from Committee

Status: **The order was entered. No hearing is necessary.**

9. *Motion for an Order (I) Authorizing the Debtors to (A) Obtain Postpetition Financing From Outback Steakhouse of Florida, LLC, (B) Use Cash Collateral, (C) Provide Adequate Protection to Prepetition Secured Creditors, and (II) Granting Related Relief* [Docket No. 14]

Response Deadline: November 16, 2026 at 4:00 p.m. (ET) (extended to November 19, 2026 at 4:00 p.m. for U.S. Trustee and the Committee)

Related Documents:

(a) Declaration of Anish Gandhi in Support of the Debtors' DIP Financing and Cash Collateral Motion [Docket No. 15]

(b) Declaration of Douglas J. Brickley in Support of the Debtors' DIP Financing and Cash Collateral Motion [Docket No. 16]

(c) Interim Order (I) Authorizing the Debtors to (A) Obtain Postpetition Financing From Outback Steakhouse of Florida, LLC, (B) Use Cash Collateral, (C) Provide Adequate Protection to Prepetition Secured Creditors, and (II) Granting Related Relief [Docket No. 51]

(d) Notice of Entry of Interim Order and Final Hearing Regarding Motion for an Order (I) Authorizing the Debtors to (A) Obtain Post-Petition Financing from Outback Steakhouse of Florida, LLC, (B) Use Cash Collateral, (C) Provide Adequate Protection to Prepetition Secured Creditors; and (II) Granting Related Relief [Docket No. 71]

**(e) Debtors' Witness and Exhibit List for Hearing Scheduled for November 23, 2026 at 2:00 p.m. (ET) [Docket No. 130]**

**(f) Response of Goldman Sachs Specialty Lending Group, L.P., as Prepetition Agent, to Objection of the Official Committee of Unsecured Creditors to the Debtors' DIP Financing Motion [Docket No. 146]**

Responses Received:

**(a)** Omnibus Objection of the Official Committee of Unsecured Creditors to the Debtors' Motions for Entry of Orders (I) Authorizing the Debtors to Obtain Postpetition Financing; and (II) Establishing Bidding Procedures [Docket No. 120]

Status: **The Debtors, the Committee, the Prepetition Agent, and the DIP Lender are continuing to negotiate a resolution of the Committee's Objection, and the Debtors anticipate submitting a revised form of order at or before the hearing. To the extent not resolved, this matter is going forward.**

10. *Debtors' Motion for Entry of: (A) An Order (I) Scheduling A Hearing on the Approval of the Sale of Substantially All of the Debtors Assets Free and Clear of All Encumbrances Other Than Assumed Liabilities and Permitted Encumbrances and the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (II) Approving Certain Bidding Procedures and Assumption and Assignment Procedures and the Form and Manner of Notice Thereof, (III) Authorizing the Debtors to Enter Into the Stalking Horse Agreement and Approving the Break-Up Fee and (IV) Granting Related Relief; and (B) an Order (I) Authorizing the Sale of Substantially All of the Debtors Assets Free and Clear of All Encumbrances Other Than Assumed Liabilities and Permitted Encumbrances, (II) Approving the Stalking Horse Agreement, (III) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (IV) Granting Related Relief* [Docket No. 17]

Response Deadline: November 16, 2026 at 4:00 p.m. (ET) (extended to November 19, 2026 at 4:00 p.m. for U.S. Trustee and the Committee)

Related Documents:

(a) Declaration of Anish Gandhi in Support of the Debtors' Bidding Procedures and Sale Motion [Docket No. 18]

(b) Debtors' Motion for Entry of an Order (I) Shortening Notice of, and Setting an Objection Deadline for the Bidding Procedures Relief Requested in the Debtors' Sale Motion and (II) Scheduling a Hearing Thereon [Docket No. 19]

(c) Order (I) Setting an Objection Deadline for the Bidding Procedures Relief Requested in the Debtors' Sale Motion; and (II) Scheduling a Hearing Thereon [Docket No. 58]

**(d) Debtors' Witness and Exhibit List for Hearing Scheduled for November 23, 2026 at 2:00 p.m. (ET) [Docket No. 130]**

Responses Received:

(a) Informal comments from DLC Management Corporation

(b) United States Trustee's Objection to Debtors' Motion for Entry of: (A) An Order (I) Scheduling A Hearing on the Approval of the Sale of Substantially All of the Debtors Assets Free and Clear of All Encumbrances Other Than Assumed Liabilities and Permitted Encumbrances and the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (II) Approving Certain Bidding Procedures and Assumption and Assignment Procedures and the Form and Manner of Notice Thereof, (III) Authorizing the Debtors to Enter Into the Stalking Horse Agreement and Approving the Break-Up Fee and (IV) Granting Related Relief; and (B) an Order (I) Authorizing the Sale of Substantially All of the Debtors Assets Free and Clear of All Encumbrances Other Than Assumed Liabilities and Permitted Encumbrances, (II) Approving the Stalking Horse Agreement, (III) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (IV) Granting Related Relief [Docket No. 119]

(c) Omnibus Objection of the Official Committee of Unsecured Creditors to the Debtors' Motions for Entry of Orders (I) Authorizing the Debtors to Obtain Postpetition Financing; and (II) Establishing Bidding Procedures [Docket No. 120]

Status: **The Debtors, the Committee, the Prepetition Agent, and the DIP Lender are continuing to negotiate a resolution of the Committee's Objection, and the Debtors anticipate submitting a revised form of order at or before the hearing. To the extent not resolved, this matter is going forward.**

11. *Debtors' First Omnibus Motion For Entry Of An Order (I) Authorizing The Rejection Of Certain Unexpired Leases Of Nonresidential Real Property Effective As Of The Petition Date, (II) Authorizing The Abandonment Of Any Remaining Personal Property Located At The Closed Restaurants, And (III) Granting Related Relief* [Docket No. 20]

Response Deadline: November 16, 2026 at 4:00 p.m. (ET) (extended to November 18, 2026 at 4:00 p.m. for U.S. Trustee) (extended to November 19, 2026 at 4:00 p.m. for the Committee)

Related Documents:

(a) Notice of Debtors' First Omnibus Motion For Entry Of An Order (I) Authorizing The Rejection Of Certain Unexpired Leases Of Nonresidential Real Property Effective As Of The Petition Date, (II) Authorizing The Abandonment Of Any Remaining Personal Property Located At The Closed Restaurants, And (III) Granting Related Relief [Docket No. 63]

**(b) Certification of Counsel Regarding Order (I) Authorizing The Rejection Of Certain Unexpired Leases Of Nonresidential Real Property Effective As Of The Petition Date, (II) Authorizing The Abandonment Of Any Remaining Personal Property Located At The Closed Restaurants, And (III) Granting Related Relief [Docket No. 132]**

**(c) Order (I) Authorizing The Rejection Of Certain Unexpired Leases Of Nonresidential Real Property Effective As Of The Petition Date, (II) Authorizing The Abandonment Of Any Remaining Personal Property Located At The Closed Restaurants, And (III) Granting Related Relief [Docket No. 143]**

Responses Received: Informal comments from the Committee

Status: **The order has been entered. No hearing is necessary.**

12. *Debtors' Motion for Entry of an Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and (II) Granting Related Relief* [Docket No. 90]

Response Deadline: November 16, 2026 at 4:00 p.m. (ET), (extended to November 18, 2026 at 4:00 p.m. for U.S. Trustee) (extended to November 19, 2026 at 4:00 p.m. for the Committee)

Related Documents:

**(a) Certification of Counsel Regarding Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and (II) Granting Related Relief [Docket No. 123]**

**(b) Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and (II) Granting Related Relief [Docket No. 137]**

Responses Received: Informal comments from U. S. Trustee.

Status: **The order has been entered. No hearing is necessary.**

13. *Debtors' Motion for Entry of an Order (I) Extending the Deadline to File Schedules of Assets and Liabilities and Statements of Financial Affairs, and (II) Granting Related Relief* [Docket No. 91]

Response Deadline: November 16, 2026 at 4:00 p.m. (ET) (extended to November 19, 2026 at 4:00 p.m. for U.S. Trustee and the Committee)

Related Documents: None.

Responses Received:

(a) Reservation of Rights of the Official Committee of Unsecured Creditors With Respect to (I) Debtors' Motion for Entry of an Order Extending the Deadline to File Schedules of Assets and Liabilities and Statements of Financial Affairs and (II) the Debtors' Motion for Entry of an Order (I) Approving Procedures for the Sale of De Minimis Assets, Including Liquor Licenses, Free and Clear of all Liens, Claims, Interests, and Encumbrances [Docket No. 118]

**(b) Certification of Counsel Regarding Order (I) Extending the Deadline to File Schedules of Assets and Liabilities and Statements of Financial Affairs and (II) Granting Related Relief [Docket No. 134]**

**(c) Order (I) Extending the Deadline to File Schedules of Assets and Liabilities and Statements of Financial Affairs and (II) Granting Related Relief [Docket No. 145]**

Status: **The order has been entered. No hearing is necessary.**

14. *Debtors' Motion for Entry of an Order (I) Approving Procedures for the Sale of De Minimis Assets, Including Liquor Licenses, Free and Clear of all Liens, Claims, Interests, and Encumbrances, (II) Authorizing the Payment of Related Fees and Expenses, and (III) Granting Related Relief* [Docket No. 95]

Response Deadline: November 16, 2026 at 4:00 p.m. (ET), (extended to November 19, 2026 at 4:00 p.m. for U.S. Trustee and the Committee)

Related Documents: None.

Responses Received:

(a) Informal comments from DLC Management Corporation.

(b) Reservation of Rights of the Official Committee of Unsecured Creditors With Respect to (I) Debtors' Motion for Entry of an Order Extending the Deadline to File Schedules of Assets and Liabilities and Statements of Financial Affairs and (II) the Debtors' Motion for Entry of an Order (I) Approving Procedures for the Sale of De Minimis Assets, Including Liquor Licenses, Free and Clear of all Liens, Claims, Interests, and Encumbrances [Docket No. 118]

(c) Informal comments from the U.S. Trustee

**(d) Informal comments from the Committee.**

Status: This matter is going forward. **The Debtors anticipate resolving any informal comments in advance of the hearing and will file a certification of counsel with a revised proposed order if such comments are resolved.**

Dated: November 23, 2026
Wilmington, Delaware

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Peter J. Keane*

Bradford J. Sandler (DE Bar No. 4142)
Peter J. Keane (DE Bar No. 5503)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: bsandler@pszjlaw.com
pkeane@pszjlaw.com

-and-

**KTBS LAW LLP**
Michael L. Tuchin (admitted *pro hac vice*)
Nir Maoz (admitted *pro hac vice*)
1801 Century Park East, Twenty-Sixth Floor
Los Angeles, California 90067
Telephone: (310) 407-4000
Facsimile: (310) 407-9090
Email: mtuchin@ktbslaw.com
nmaoz@ktbslaw.com

*Proposed Counsel to the Debtors and Debtors in Possession*