# SIGN-IN SHEET

**JUDGE: Goldblatt COURTROOM: 5**

**CASE NUMBER 26-11749 CASE NAME: Cerca Trova Restaurant Group Holdings, Inc. et al. DATE: 11/23/2026 (2:00 PM)**

******PLEASE PRINT YOUR NAME LEGIBLY OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED******

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Katharine Devanney | Lowenstein | Committee |
| Franco Finizio | " | " |
| Brittany Clark | " | " |
| Danielle Wildern Juhle | Goldberg Kohn | Pre-Petition Agent |
| Drake Saffell | " | " |
| Paul Heath | Richards Layton | " |
| Nir Maoz | KTBS Law LLP | Debtors |
| Peter Keane | Pachulski Stang Ziehl & Jones LLP | " |
| Nick Smargiassi | Saul Ewing | DLC |
| Alexis Bachdell | BakerHostetler | Outback Steakhouse of FL, LLC |
| Scott Prince | " | " |
| Linda Casey | UST | UST |
| | | |
| | | |
| | | |
| | | |

Cerca Trova Restaurant Group
Holdings, Inc. Case No. 26-11749

| First Name | Last Name | Firm | Rep | Via |
|---|---|---|---|---|
| Mark | Amendola | Martyn and Associates Co. | C.H. Robinson Company, Inc. | Video and Audio |
| Rick | Archer | Law360 | | Audio Only |
| Phoebe | Bakos | BankruptcyData | N/A - Media | Audio Only |
| Michelle | Banayan | KTBS Law LLP | | Video and Audio |
| Douglas | Brickley | Stout | Cerca Trova Restaurant Group Holdings, Inc. | Video and Audio |
| Mary | Caloway | Pachulski Stang Ziehl & Jones | Debtors | Video and Audio |
| Catherine | Corey | | | Audio Only |
| Carolyn | Gauvin | Lowenstein Sandler LLP | Creditors' Committee | Video and Audio |
| Clara | Geoghegan | Law360 | | Audio Only |
| Uday | Gorrepati | | N/A (ABI Project) | Audio Only |
| Daniel | Gourdikian | Province LLC | | Audio Only |
| Patrick | Holohan | | | Audio Only |
| Peter | Keane | Pachulski Stang Ziehl & Jones LLP | Debtors | Video and Audio |
| Randall | Klein | Goldberg Kohn Ltd. | Goldman Sachs Specialty Lending Group L.P. | Video and Audio |
| Colin | Meehan | Richards, Layton & Finger | Goldman Sachs Specialty Lending Group L.P. | Video and Audio |
| David | Posner | Lowenstein Sandler LLP | Creditors' Committee | Video and Audio |
| Bradford | Sandler | Pachulski Stang Ziehl & Jones LLP | Debtors | Video and Audio |
| Zana | Scarlett | | | Audio Only |
| Andy | Serbe | Media | | Audio Only |
| Michael | Tomback | | | Audio Only |
| Matthew | Vitorino | | | Video and Audio |
| Alex | Wittenberg | | | Audio Only |
| Tamara | Zapata | Kelley Drye and Warren | Site Realty (landlord) | Video and Audio |
| Ben | Zigterman | Law360 | | Audio Only |
| David | Zubkis | | | Audio Only |
| | | | | |