**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>CERCA TROVA RESTAURANT GROUP HOLDINGS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 26-11749 (CTG)<br><br>(Jointly Administered) |

# NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON NOVEMBER 30, 2026 AT 1:00 P.M. (ET[2])

**This proceeding will be conducted in-person. All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom. Please refer to Judge Goldblatt's Chambers Procedures (https://www.deb.uscourts.gov/judge-craig-t-goldblatt) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Goldblatt's expectations of remote participants, and the advance registration requirements.**

**Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing unless otherwise noticed using the eCourtAppearances tool available on the Court's website.**

## UNCONTESTED MATTERS:

1. *Debtors' Application for Entry of an Order Authorizing the Employment and Retention of KTBS Law LLP as Counsel for the Debtors and Debtors in Possession Effective as of the Petition Date* [Docket No. 86]

   Response Deadline: November 23, 2026 at 4:00 p.m. (ET) (extended to November 25, 2026 at 4:00 p.m. for the Committee)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Cerca Trova Restaurant Group Holdings, Inc. (5725); Out West Restaurant Group, Inc. (0849); Cerca Trova Steakhouse, Inc. (8902); Cerca Trova Steakhouse, L.P. (2006); and Cerca Trova Southwest Restaurant Group, LLC (8835). The Debtors' mailing address is 8885 Rio San Diego Drive, Suite 360, San Diego, California 92108.

[2] All motions and other pleadings referenced herein are available online at the web address: https://cases.stretto.com/outwest, the Debtors' noticing agent.

Related Documents: None

Responses Received: None

Status: As of the filing of this agenda, no objections were received. The Debtors will submit a certificate of no objection if there are no objections by the extended objection deadline.

2. *Debtors' Application for Entry of an Order Authorizing the Employment and Retention of Pachulski Stang Ziehl & Jones LLP as Co-Counsel to the Debtors Effective as of the Petition Date* [Docket No. 88]

Response Deadline: November 23, 2026 at 4:00 p.m. (ET) (extended to November 25, 2026 at 4:00 p.m. for the Committee)

Related Documents: None

Responses Received: Informal comments from the U.S. Trustee

Status: As of the filing of this agenda, no objections were received. Informal comments from the U.S. Trustee were received but no changes to the order were necessary. The Debtors will submit a certificate of no objection if there are no objections by the extended objection deadline.

3. *Debtors' Application for Entry of an Order Authorizing the Employment and Retention of Stout Risius Ross, LLC as Financial Advisor to the Debtors Effective as of the Petition Date* [Docket No. 92]

Response Deadline: November 23, 2026 at 4:00 p.m. (ET) (extended to November 25, 2026 at 4:00 p.m. for the Committee)

Related Documents: None

Responses Received: Informal comments from the U.S. Trustee

Status: The Debtors are working to resolve the informal comments and anticipate submitting a revised form of order under certification of counsel before the hearing.

4. *Debtors' Application for Entry of an Order (I) Authorizing the Retention and Employment of Brookwood Associates, L.L.C. as Investment Banker to the Debtors Effective as of the Petition Date, (II) Waiving Certain Time-Keeping Requirements, and (III) Granting Related Relief* [Docket No. 93]

Response Deadline: November 23, 2026 at 4:00 p.m. (ET) (extended to November 25, 2026 at 4:00 p.m. for the Committee)

Related Documents: None

Responses Received: Informal comments from the U.S. Trustee

Status: The Debtors are working to resolve the informal comments and anticipate submitting a revised form of order under certification of counsel before the hearing.

5. *Debtors' Application for Entry of an Order Authorizing the Employment of Stretto, Inc. as Administrative Advisor Effective as of the Petition Date* [Docket No. 94]

Response Deadline: November 23, 2026 at 4:00 p.m. (ET) (extended to November 25, 2026 at 4:00 p.m. for the Committee)

Responses Received: Informal comments from the U.S. Trustee.

Related Documents: None

Status: The Debtors are working to resolve the informal comments and anticipate submitting a revised form of order under certification of counsel before the hearing.

6. *Motion of Debtors for Entry of an Order (I) Authorizing the Debtors to Retain and Compensate Professionals Utilized in the Ordinary Course of Business and (II) Granting Related Relief* [Docket No. 89]

Response Deadline: November 23, 2026 at 4:00 p.m. (ET)

Related Documents: None

Responses Received: Informal comments from the U.S. Trustee

Status: The Debtors are working to resolve the informal comments and anticipate submitting a revised form of order under certification of counsel before the hearing.

*[Remainder of page intentionally left blank]*

Dated: November 24, 2026
Wilmington, Delaware

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Peter J. Keane*

Bradford J. Sandler (DE Bar No. 4142)
Peter J. Keane (DE Bar No. 5503)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: bsandler@pszjlaw.com
pkeane@pszjlaw.com

-and-

**KTBS LAW LLP**
Michael L. Tuchin (admitted *pro hac vice*)
Nir Maoz (admitted *pro hac vice*)
1801 Century Park East, Twenty-Sixth Floor
Los Angeles, California 90067
Telephone: (310) 407-4000
Facsimile: (310) 407-9090
Email: mtuchin@ktbslaw.com
nmaoz@ktbslaw.com

*Proposed Counsel to the Debtors and Debtors in Possession*